Stephen F. Henry, Esq. (State Bar No. 142336)
HENRY | LACEY PC
2625 Alcatraz Avenue, No. 615
Berkeley, California, 94705
+1 (510) 898-1883
+1 (510) 295-2516 facsimile
shenry@HenryLacey.com

*Attorney for Plaintiff Alan Jones*

Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenlex.com

*Attorneys for Defendant Light Field Lab, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN JONES,<br><br>  Plaintiff,<br><br>v.<br><br>LIGHT FIELD LAB., INC., JOHN KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>  Defendants. | Case No. 3:25-cv-05118-PHK<br><br>**STIPULATION UNDER CIVIL LOCAL RULE 6-1(a) TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Under Civil Local Rule 6-1(a) of the Local Rules for the United States District Court for the Northern District of California, Plaintiff Alan Jones ("Plaintiff") and Defendant Light Field Lab, Inc. ("Defendant") hereby stipulate as follows:

WHEREAS, Plaintiff filed a complaint on June 17, 2025;

WHEREAS, Defendants' answer or responsive motion must be filed and served on or before July 21, 2025;

WHEREAS, Defendants Karafin and Bevensee are in the process of retaining counsel;

WHEREAS, Plaintiff and Defendant agree that the time for all Defendants to answer or otherwise respond to the complaint shall be extended by thirty days, up to and including August 20, 2025;

//

//

WHEREAS, Civil Local Rule 6-1(a) permits the parties to extend the time within which to answer or otherwise respond to the complaint by stipulation in writing and without a Court order provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiff and Defendant do not believe this extension will disturb other deadlines in this matter;

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel hereby stipulate and agree as follows:

The time for all Defendants to answer or otherwise respond to the complaint shall be extended by thirty days up to and including August 20, 2025.

SO STIPULATED.

Date:   July 21, 2025

 /s/ Stephen F. Henry
Stephen F. Henry (State Bar No. 142336)
HENRY | LACEY PC
2625 Alcatraz Avenue, No. 615
Berkeley, California, 94705
+1 (510) 898-1883
+1 (510) 295-2516 facsimile
shenry@HenryLacey.com

*Attorney for Plaintiff Alan Jones*

Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenlex.com

*Attorneys for Defendant Light Field Lab, Inc.*

## SIGNATURE ATTESTATION

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date:   July 21, 2025

Patricia L. Peden
*Attorney for Defendant Light Field Lab, Inc.*