UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Alan Jones, Plaintiff, v. Light Field Lab, Inc., Defendant. | Case No. 3:25-cv-05118-MMC<br><br>**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |
|---|---|

On behalf of (party name) __Light Field Lab, Inc.__, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Sara A. Moore; Gordon Rees Scully Mansukhani LLP

Name(s) of counsel withdrawing from representation and firm name:
Patricia L. Peden; Madeline A. Woodall; Warren Kash Warren LLP

Date: August 12, 2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____   _____
                                                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE