UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____Alan Jones_____,

Plaintiff,

v.

_____Light Field Lab, Inc._____,

Defendant.

Case No. __3:25-cv-05118-MMC__

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

On behalf of (party name) ___Light Field Lab, Inc.___, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Sara A. Moore; Gordon Rees Scully Mansukhani LLP

Name(s) of counsel withdrawing from representation and firm name:
Patricia L. Peden; Madeline A. Woodall; Warren Kash Warren LLP

Date: August 12, 2025

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: August 15, 2025

_/s/ Maxine M. Chesney_
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE