**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LIGHT FIELD LAB,**<br><br>    Plaintiff,<br><br>vs.<br><br>**ALAN JONES,**<br><br>    Defendant. | CASE NO. 4:23-cv-05344-YGR<br><br>**ORDER RE: REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 59 |

Currently pending before the Court is a referral to consider whether, pursuant to Civil Local Rule 3-12, *Alan Jones v. Light Field Labs, Inc.*, No. 25-cv-05118-MMC should be related to closed case *Light Field Lab v. Alan Jones*, No. 4:23-cv-05344-YGR. (Dkt. No. 59.) Rule 3-12 provides an "action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Although there is overlap between the cases, the Court finds that is unlikely that there will be "unduly burdensome duplication of labor and expense or conflicting results" if the newer case proceeds before a different judge. First, the earlier case is closed so there is no need to coordinate any proceedings. Second, this Court did consider or rule on any substantive motions in the earlier matter after finding the Court lacked subject matter jurisdiction. Thus, there would be no judicial

efficiency gained by relating the cases.  Accordingly, the Court determines the cases should not be related.  This Order terminates Docket Number 59.

**IT IS SO ORDERED.**

Dated:   August 27, 2025

                                                     _____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**