IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIGHT FIELD LAB INC., et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-05118-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANTS MOTION TO DISMISS; VACATING HEARING; DIRECTIONS TO PLAINTIFF TO SUBMIT COURTESY COPY OF AMENDED COMPLAINT** |

Before the Court is defendant Light Field Lab, Inc.'s Motion to Dismiss, filed August 20, 2025. On September 3, 2025, plaintiff Alan Jones filed an Amended Complaint ("AC").[1]

A party may amend a pleading "once as a matter of course no later than . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." See Fed. R. Civ. P. 15(a)(1). "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." See Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957); see also Falck Northern California Corp. v. Scott Griffith Collaborative Solutions,

---

[1] To date, plaintiff has not submitted a chambers copy of the AC. Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. Accordingly, plaintiff is hereby DIRECTED to submit forthwith the requisite courtesy copy of the AC.

LLC, 25 F.4th 763, 765 (9th Cir. 2022) (holding filing of amended complaint "renders [initial complaint] without legal effect") (internal quotation and citation omitted)).

In the instant case, plaintiff filed the AC within 21 days after service of defendant's motion to dismiss, and, consequently, was entitled to amend as of right.  See Fed. R. Civ. P. 15(a)(1).

Accordingly, defendant's motion to dismiss the initial complaint is hereby DENIED as moot, and the hearing scheduled for October 24, 2025 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 11, 2025

MAXINE M. CHESNEY
United States District Judge