1  SARA A. MOORE (SBN: 294255)
   SARAH B. ABSHEAR (SBN: 270947)
2  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054
   smoore@grsm.com
5  sabshear@grsm.com

6  Attorneys for Defendant
   LIGHT FIELD LAB, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES, an individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LIGHT FIELD LAB, INC., JON KARAFIN, ) <br> BRENDAN BEVENSEE, and Does 1 to 10, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 3:25-cv-05118-MMC <br><br> **STIPULATION UNDER CIVIL LOCAL RULE 6-1(a) TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Complaint Filed: June 17, 2025 <br><br> Amended Complaint Filed: September 4, 2025 |

Under Civil Local Rule 6-1(a) of the Local Rules for the United States District Court for the Northern District of California, Plaintiff Alan Jones ("Plaintiff") and Defendant Light Field Lab, Inc. ("Defendant") hereby stipulate as follows:

WHEREAS, Plaintiff filed a complaint on June 17, 2025;

WHEREAS, the parties previously stipulated pursuant to Civil Local Rule 6-1(a) that Defendant's responsive pleading must be filed on or before August 20, 2025;

WHEREAS, on August 20, 2025, Defendant filed a motion to dismiss the complaint;

WHEREAS, Plaintiff filed an amended complaint on September 4, 2025;

WHEREAS, the deadline for Defendant to respond to the amended complaint is September 17, 2025;

WHEREAS, Plaintiff is still in the process of serving Defendants Karafin and Bevensee;

WHEREAS, Plaintiff and Defendant agree that the time for Defendant to file a responsive pleading in response to the amended complaint shall be extended until October 10, 2025;

WHEREAS, Civil Local Rule 6-1(a) permits the parties to extend the time within which to answer or otherwise respond to the complaint by stipulation in writing and without a Court order provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiff and Defendant do not believe this extension will disturb other deadlines in this matter;

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel hereby stipulate and agree as follows:

The time for Defendant to answer or otherwise respond to the complaint shall be extended to October 10, 2025.

SO STIPULATED.

Date: September 15, 2025

/s/ *Stephen F. Henry*  
Stephen F. Henry  
Attorney for Plaintiff

/s/ *Sara A. Moore*  
Sara A. Moore  
Attorney for Defendant

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**SIGNATURE ATTESTATION**

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date: September 15, 2025

/s/ *Sara A. Moore*
Sara A. Moore
Attorney for Defendant Light Field Lab, Inc.