SARA A. MOORE (SBN: 294255)
SARAH B. ABSHEAR (SBN: 270947)
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
smoore@grsm.com
sabshear@grsm.com

Attorneys for Defendants
LIGHT FIELD LAB, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES, an individual<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>　　　　　Defendants. | CASE NO. 3:25-cv-05118-MMC<br><br>**DECLARATION OF SARA A. MOORE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date:　December 19, 2025<br>Time:　9 a.m.<br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7<br><br>*Accompanying Papers:*<br>*Notice of Motion and Motion to Dismiss; Request for Judicial Notice; Proposed Order*<br><br>Complaint Filed:　　　June 17, 2025<br>Am. Complaint Filed:　Sept. 3, 2025 |

DECLARATION OF SARA A. MOORE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT
Case No. 3:25-cv-05118-MMC

I, SARA A. MOORE, declare:

1. I am an attorney licensed to practice before all courts of the State of California and the Northern District of California and a partner in the law firm of Gordon & Rees Scully Mansukhani LLP, attorneys for Defendant LIGHT FIELD LAB, INC. ("Defendant" or "LFL"). I have personal knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently.

2. **Exhibits 1**, **2**, and **7** to the Request for Judicial Notice ("RJN") filed herewith are true and correct copies of court records in this matter.

3. On October 19, 2023, LFL filed a complaint for declaratory relief, commencing case No. 4:23-cv-05344-YGR in the U.S. District Court for the Northern District of California. **Exhibits 3-6** to the RJN are true and correct copies of the court records in that case.

4. On or about September 2, 2025, I received an email in the course of my representation of LFL in this case, which included the notification of the assignment for the benefit of creditors to Plaintiff. A redacted copy of the email is attached hereto as **Exhibit 8**. The email included a link to the ABC website where Plaintiff could make a claim, located at: https://sites.google.com/view/abc-light-field-lab/home.

5. On or about October 10, 2025, my colleague executed a "basic search" on the USPTO website. A true and correct copy of the search results, as well as a true and correct copy of the cover page of the patent retrieved by each search, is attached hereto as **Exhibit 9**. The cover pages list the applicant, assignee, and inventors. The full copies of the patents may be accessed by running a search for their number on the USPTO website, https://ppubs.uspto.gov/pubwebapp/static/pages/ppubsbasic.html.

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of October 2025, in San Francisco, California.

/s/ *Sara A. Moore*
SARA A. MOORE