Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenlex.com

*Counsel for Defendants Jon Karafin and Brendan Bevensee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN JONES,<br><br>   Plaintiff,<br><br>v.<br><br>LIGHT FIELD LAB, INC.,<br>JON KARAFIN, BRENDAN BEVENSEE,<br>and Does 1 to 10,<br><br>   Defendants. | Case No. 3:25-cv-05118-MMC<br><br>**DECLARATION OF CHARLES YANG IN SUPPORT OF DEFENDANTS JON KARAFIN AND BRENDAN BEVENSEES' NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT FOR DAMAGES** |

I, Charles Yang, declare as follows:

1. From September 15, 2020, to August 15, 2025, I was employed by Light Field Lab, Inc. as the Director of Legal Affairs. The following is true and correct and based on my personal knowledge. If called to testify as to the information provided herein, I could do so competently. I make this declaration in support of the Motion to Dismiss being submitted by Defendants Jon Karafin and Brendan Bevensee.

2. In my role at Light Field Lab, I was responsible for managing the patent portfolio of the company, including the filing and prosecution of provisional and non-provisional patent applications with the United States Patent and Trademark Office ("USPTO") and international patent applications under the Patent Cooperation Treaty ("PCT").

3. The USPTO's Patent Public Search 3.0.0 tool is available online.[1] Light Field Lab's patent applications and patents can be found using the query text[2] shown in the below screenshot.



4. The search result shows that Light Field Lab filed 99 non-provisional patent applications, of which 64 were issued as granted patents.[3]

5. Additionally, patent assignment search is available on USPTO's website.[4] A search for "light field lab" as the assignee in the patent assignment search[5] shows that Light Field Lab owns 17 provisional patent applications[6] and 13 PCT international patent applications.[7]

---

[1] https://ppubs.uspto.gov/pubwebapp/

[2] The query text input in the screenshot was: "light field lab" not "cable television laboratories" not "universal city" not "tencent"

[3] The "Document ID" of the 99 non-provisional patents of the 163 search results have the format of US 20xxxxxxxxx A1. The Document ID for the 64 issued patents have the format of US 1xxxxxxx B2.

[4] https://assignmentcenter.uspto.gov/search/patent

[5] https://assignmentcenter.uspto.gov/search/patent/summaryListView%3FpartialAssigneeName%3Dlight%20field%20lab

[6] The 17 provisional patent applications found in the assignment records are: 63249571, 63125951, 62056366, 62617284, 62739000, 62818553, 62828390, 63341169, 62934353, 62617293, 62617288, 62507500, 62366076, 62617286, 63523028, 63458938, and 62703410.

[7] The 13 PCT international patent applications found in the assignment records are: PCT/US19/13409, PCT/US19/13408, PCT/US19/13539, PCT/US19/13410, PCT/US19/13310, PCT/US19/13552, PCT/US19/13554, PCT/US19/13556, PCT/US19/13523, PCT/US17/42467, PCT/US19/13399, PCT/US16/23753, and PCT/US21/58499.

6. Additionally, the World Intellectual Property Organization ("WIPO")'s Patent Scope search tool is available online.[8] Light Field Lab's patent applications and patents can be found using the query text[9] shown in the screenshot below:



7. The search result shows that Light Field Lab is the listed applicant on 355 patent applications globally.[10]

I declare under penalty of perjury of the law of the United States of America that the foregoing is true and correct. Executed on November 18, 2025.

                                                          */s/ Charles Yang*
                                                          Charles Yang

---

[8] https://patentscope.wipo.int/

[9] The query text input in the screenshot was: PA:("Light Field Lab Inc."). The Patent Scope website provides that applicants can be searched by using the prefix "PA:" *See* https://patentscope.wipo.int/search/en/help/fieldsHelp.jsf.

[10] https://patentscope.wipo.int/search/en/result.jsf?_vid=P11-MHX35F-95529