Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenlex.com

*Counsel for Defendants Jon Karafin and Brendan Bevensee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN JONES,<br><br>     Plaintiff,<br><br>v.<br><br>LIGHT FIELD LAB, INC.,<br>JON KARAFIN, BRENDAN BEVENSEE,<br>and Does 1 to 10,<br><br>     Defendants. | Case No. 3:25-cv-05118-MMC<br><br>**DECLARATION OF JON KARAFIN IN SUPPORT OF DEFENDANTS JON KARAFIN AND BRENDAN BEVENSEES' NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT FOR DAMAGES** |

I, Jon Karafin, declare under 28 U.S.C. § 1746:

1.   I am the CEO and co-founder of Light Field Lab, Inc. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.   Attached as Exhibit A is a true and correct copy of a text exchange between Alan Jones and me on March 9, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 18, 2025.

                                        */s/Jon Karafin*
                                        Jon Karafin

Case No. 3:25-cv-05118-MMC
DECLARATION OF JON KARAFIN ISO DEFENDANTS KARAFIN AND BEVENSEES' MOTION TO DISMISS