# EXHIBIT A

> Hi Jon, so I'm thinking it might be a good time around now to run through questions I've got so far.

> When would be a good time to chat about it with you?

*Thu, Oct 13, 12:02 PM*

>> Can we look for time tomorrow? Today is somehow booked solid and I'm sadly going to miss most of the software meeting today.

> Absolutely, I've got plenty to do :)

*Thu, Mar 9, 7:28 PM*

> Hi Jon, Probably what will sound like a weird question, but are we exposed to Silicon Valley Bank. Also, if you're ever considering going public with LFL (as in listing on a stock exchange), please chat to me prior to any paperwork being signed. There's some very important aspects about that most don't know, but I've spent way too long learning the structure of the financial system the last couple of years :)

> Exposure in this sense would include whether LFL banks with them or has any exposure in terms of funding or debt via them.

>> Well aware of the situation with SVB and evaluating. Thanks for the offer to chat!

> I need an answer on whether we're exposed. This impacts me both as a share holder and an employee

>> All Silicon Valley companies have some amount of exposure, and we are evaluating risk with our investors. How else can I help?

> The best help would be to give me a call, run me through the level of exposure, and what steps are being taken to mitigate; i.e. are all funds beyond the 250k FDIC being moved elsewhere etc.

> I'll be really blunt here, but please don't take it as rude as it's not intended that way, but you're giving me political managed answers that avoid the meat of the question.

They're very carefully framed and you know me well enough to know that I can easily see that and what that kind of answer implies about the state of things.

> Alan, your questions and tone are inappropriate. I do appreciate the concern and will update when I know more.

I'm not sure what you're taking in the tone, I think it's due to text. You asked me what would help and I answered.

LFLs access to funds impacts your ability to pay me. If you do not feel it's reasonable for me to be informed of anything impacting that, please state so directly.

> No problem. I will let you know if I become aware of an imminent concern that we will miss payroll.

Thank you, do you know what amount of time window you'd be able to forecast that to? I.e. is it something you'd become aware of hours, days, weeks, months etc before I'm impacted?

> I can't predict the future, but will let you know more when I know more. Please understand this is not a political answer- it is literally what I can share at this point.

Understood, is there any additional information I'm entitled or required to be given access to as a shareholder?

I have my career and close to half my life savings invested in the company, so I took your response calling my tone and questions inappropriate as unfoundedly harsh.

> Understood and appreciated. There are no current problems to be aware of (e.g. equity ownership and payroll) and can keep you posted. Again, not a political response, just the facts.

Thank you. Please do keep me posted.

> Certainly.