UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN JONES,<br><br>  Plaintiff,<br><br>v.<br><br>LIGHT FIELD LAB, INC.,<br>JON KARAFIN, BRENDAN BEVENSEE,<br>and Does 1 to 10,<br><br>  Defendants. | Case No. 3:25-cv-05118-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS JON KARAFIN AND BRENDAN BEVENSEES' NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT FOR DAMAGES AND REQUEST FOR JUDICIAL NOTICE** |

Defendants Jon Karafin and Brendan Bevensees' Notice of Motion and Motion to Dismiss Amended Complaint for Damages came on regularly for hearing on Friday, January 9, 2026, at 9 a.m., in Courtroom 7 of the above-entitled Court.  Having considered the papers, the record, and argument of counsel, and good cause appearing, the Court GRANTS the motion and request for judicial notice:

  1.  The Motion to Dismiss is GRANTED.  Plaintiff has not stated any claim against Defendants Karafin or Bevensee and amendment would be futile.

  2.  Plaintiff's first cause of action under Labor Code § 1102.5 is DISMISSED WITH PREJUDICE.  California law does not impose individual liability under §1102.5.  *See Dawson v. Caregard Warranty Serv., Inc.*, No. 23-1139, 2024 WL 661198, at *5 (C.D. Cal. Jan. 12, 2024); *Tillery v. Lollis*, No. 14-2025, 2015 WL 4873111, at *10 (E.D. Cal. Aug. 13, 2015).

3. Plaintiff's third cause of action of fraud and deceit is DISMISSED WITH PREJUDICE. No misrepresentation is pleaded with Rule 9(b) particularity, and to the extent they are, the alleged statements are true, non-actionable opinion or forward-looking predictions. *See Cansino v. Bank of Am.*, 224 Cal. App. 4th 1462, 1470 (2014). Reliance is negated because the information was public, and Plaintiff admits he learned contradictory facts yet continued employment for years. *See Rochlis v. Walt Disney Co.*, 19 Cal. App. 4th 201, 215-16 (Cal. Ct. App. 1993). Integration clauses in Plaintiff's equity agreements further bar reliance. *See Cohen v. Wedbush*, 841 F.2d 282, 288 (9th Cir. 1988).

4. Plaintiff's fourth cause of action under Penal Code §§ 484 and 496 is DISMISSED WITH PREJUDICE. First, the claim is preempted by federal patent law. *See Ultra-Precision Mfg. v. Ford Motor Co.*, 411 F.3d 1369, 1382 (Fed. Cir. 2005). Second, Plaintiff fails to plead receipt, concealment, or wrongful intent. Finally, a "right to inventorship" is not "property" under California theft law. *See Silvaco Data Sys. v. Intel Corp.*, 184 Cal. App. 4th 210, 239 (Cal. App. Ct. 2010); *Semiconductor Energy Lab'y Co. v. Samsung Elecs.*, 204 F.3d 1368, 1380 (Fed. Cir. 2000).

5. Plaintiff's fifth cause of action of Civil RICO is DISMISSED WITH PREJUDICE. Communications to the USPTO cannot constitute RICO predicate acts as a matter of Federal Circuit law. *See Semiconductor*, 204 F.3d at 1378-80. Plaintiff fails to plead a cognizable "business or property" injury or a pattern of racketeering. *See Stearns v. Select Comfort*, No. 08-2746, 2009 WL 1635931, at *14 (N.D. Cal. June 5, 2009); *Howard v. AOL*, 208 F.3d 741, 748 (9th Cir. 2000).

6. Plaintiff's sixth cause of action of breach of fiduciary duty is DISMISSED WITH PREJUDICE. Delaware law governs, and under Delaware law, Directors owe no duty to individually furnish financials absent request for shareholder action or a proper § 220 demand. S*ee Malone v. Brincat*, 722 A.2d 5, 11 (Del. 1998); *Kosinski v. GGP Inc.*, 214 A.3d 944, 950 (Del. Ch. 2019). The March 2023 text message is not actionable, and Plaintiff alleges no breach, causation, or damages.

7. The Court GRANTS Defendants Karafin and Bevensees' Request for Judicial Notice, and all claims against Defendants Karafin and Bevensee are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Date: _____  _____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE