STEPHEN F. HENRY, ESQ.
HENRY | LACEY PC
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>    Plaintiff,<br><br>  vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>    Defendant, | Case No.: 3:25-cv-5118<br><br>**[PROPOSED] ORDER RE KARAFIN AND BEVENSEE'S MOTION TO DISMISS**<br><br>Date: January 9, 2025<br>Time: 9 a.m.<br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7<br><br><br>Complaint Filed: June 17, 2025<br>Am. Complaint Filed: Sept. 3, 2025 |

1
**[Proposed] Order re Defendants Karafin and Bevenseee's Motion To Dismiss**
**Case No. : 3:25-cv-5118**

Defendants Jon Karafin and Brendan Bevensees' Notice of Motion and Motion to Dismiss Amended Complaint for Damages came on regularly for hearing on Friday, January 9, 2026, at 9 a.m., in Courtroom 7 of the above-entitled Court. Having considered the papers, the record, and argument of counsel, and good cause appearing, the Court GRANTS the motion and request for judicial notice:

    1. The Motion to Dismiss is DENIED. Plaintiff has stated claims against Defendants Karafin and Bevensee.

    2. The Motion to Dismiss as to Plaintiff's first cause of action under Labor Code § 1102.5 is DENIED.  A reasonable interpretation of the statute and its legislative history suggests that California law allows individual liability under §1102.5.

    3. The Motion to Dismiss as to Plaintiff's third cause of action of fraud and deceit is DENIED.  Plaintiff has pleaded misrepresentations with Rule 9(b) particularity and the alleged statements are false, actionable statements or concealment of facts.  Reliance was reasonable under the alleged facts.

    4. The Motion to Dismiss as to Plaintiff's fourth cause of action under Penal Code §§ 484 and 496 is DENIED.  The claim is not preempted by federal patent law. *See Ultra-Precision Mfg. v. Ford Motor Co.*, 411 F.3d 1369, 1382 (Fed. Cir. 2005).  Plaintiff pleads misrepresentations, concealment, or wrongful intent. Defendant wrongly asserts that Plaintiff seeks a "right to inventorship."

    5. The Motion to Dismiss as to Plaintiff's fifth cause of action of Civil RICO is DENIED. Plaintiff alleges communications that do not involve the USPTO and which constitute RICO predicate acts as a matter of Federal Circuit law. Plaintiff pleads a cognizable "business or property" injury or a pattern of racketeering.

    6. The Motion to Dismiss as to Plaintiff's sixth cause of action of breach of fiduciary duty is DENIED.  Under Delaware law, directors owe a duty to individually furnish financials absent request for shareholder action or a proper § 220 demand. *Gantler v. Stephens* (Del. 2009) 965 A.2d 695, 705 ("corporate officers owe fiduciary duties that are identical to those owed by corporate directors")

Dated: _____

By_____
UNITED STATES DISTRICT JUDGE