**STEPHEN F. HENRY, ESQ.**
**HENRY | LACEY PC**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>      Plaintiff,<br><br>  vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>      Defendant, | Case No.: 3:25-cv-5118 MMC<br><br>**STIPULATION, ADMINSTRATIVE MOTION AND [PROPOSED] ORDER RE HEARING DATE FOR DEFENDANT LIGHT FIELD LAB'S MOTION TO DISMISS**<br><br>**Complaint Filed: June 17, 2025**<br>**Am. Complaint Filed: Sept. 3, 2025** |

    Plaintiff Alan Jones ("Plaintiff"), by and through his counsel of record and Defendant Light Field Labs, Inc. ("Defendant"), by and through their counsel of record, hereby stipulate and request as Administrative Relief pursuant to Local Rule 7-11 that the Court continue the hearing date for Light Field Lab, Inc.'s Motion to Dismiss, currently set to be heard on December 19, 2025 at 9:00 a.m. and the Case Management Conference in this matter, currently set for December 19, 2025 at 10:30 a.m.

    Plaintiff and Defendant request that the hearing and the Case Management Conference be continued to January 9, 2026, the date on which the Motion to Dismiss and Motion To Strike, filed by Defendants Jon Karfin and Brendan Bevensee, is set to be heard.

All three motions share common issues and are best argued and heard together. The Case Management Conference that follows the hearing will be more efficient and complete upon the hearing of those motions.

The Parties hereby stipulate to the aforementioned and have secured the agreement of counsel for Defendants Jon Karfin and Brendan Bevensee as well.

Dated: December 3, 2025

HENRY | LACEY PC

By /s/ Stephen Henry_____
Stephen F. Henry
Attorney for Plaintiff

Dated: December 3, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Sara Moore_____
Sara A. Moore
Attorneys for Defendant
Light Field Lab, Inc.

Attestation of Authority To Sign

I, Stephen Henry, attest that I have been provided by Sara Moore with authority to sign this Stipulation And Administrative Motion on her behalf.

December 3, 2025                           \_\_/s/ Stephen Henry_____

**[PROPOSED] ORDER**

IT IS SO ORDERED:

DATED:_____                          _____
                                           UNITED STATES DISTRICT JUDGE