STEPHEN F. HENRY, ESQ.
HENRY | LACEY PC
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>　　　　Defendant, | Case No.: 3:25-cv-5118 MMC<br><br>**STIPULATION, ADMINSTRATIVE MOTION AND [PROPOSED] ORDER RE HEARING DATE FOR DEFENDANT LIGHT FIELD LAB'S MOTION TO DISMISS**; CONTINUING CASE MANAGEMENT CONFERENCE<br><br>**Complaint Filed: June 17, 2025**<br>**Am. Complaint Filed: Sept. 3, 2025** |

　　　　Plaintiff Alan Jones ("Plaintiff"), by and through his counsel of record and Defendant Light Field Labs, Inc. ("Defendant"), by and through their counsel of record, hereby stipulate and request as Administrative Relief pursuant to Local Rule 7-11 that the Court continue the hearing date for Light Field Lab, Inc.'s Motion to Dismiss, currently set to be heard on December 19, 2025 at 9:00 a.m. and the Case Management Conference in this matter, currently set for December 19, 2025 at 10:30 a.m.

　　　　Plaintiff and Defendant request that the hearing and the Case Management Conference be continued to January 9, 2026, the date on which the Motion to Dismiss and Motion To Strike, filed by Defendants Jon Karfin and Brendan Bevensee, is set to be heard.

All three motions share common issues and are best argued and heard together. The Case Management Conference that follows the hearing will be more efficient and complete upon the hearing of those motions.

The Parties hereby stipulate to the aforementioned and have secured the agreement of counsel for Defendants Jon Karfin and Brendan Bevensee as well.

Dated: December 3, 2025

        HENRY | LACEY PC

        By /s/ Stephen Henry_____
        Stephen F. Henry
        Attorney for Plaintiff

Dated: December 3, 2025

        GORDON REES SCULLY MANSUKHANI, LLP

        By: /s/ Sara Moore_____
        Sara A. Moore
        Attorneys for Defendant
        Light Field Lab, Inc.

        Attestation of Authority To Sign

I, Stephen Henry, attest that I have been provided by Sara Moore with authority to sign this Stipulation And Administrative Motion on her behalf.

December 3, 2025         __/s/ Stephen Henry_____

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED, with two exceptions. First, due to the Court's calendar, the hearing on all three motions is CONTINUED to February 13, 2026, at 9:00 a.m. Second, in light of the pending motions, two of which are potentially dispositive, the Case Management Conference is CONTINUED to June 5, 2026, at 10:30 a.m.; a Joint Case Management Statement shall be filed no later than May 29, 2026.

Dated: December 4, 2025         _____
        MAXINE M. CHESNEY
        United States District Judge