1  Patricia L. Peden (State Bar No. 206440)
   Madeline A. Woodall (State Bar No. 351664)
2  WARREN KASH WARREN LLP
   2261 Market Street, No. 606
3  San Francisco, California, 94114
4  +1 (415) 895-2940
   +1 (415) 895-2964 facsimile
5  25-5118@cases.warrenlex.com

6  *Counsel for Defendants Jon Karafin and Brendan Bevensee*

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12  ALAN JONES,                          )  Case No. 3:25-cv-05118-MMC
                                         )
13       Plaintiff,                      )  **REQUEST FOR JUDICIAL NOTICE IN**
                                         )  **SUPPORT OF DEFENDANTS JON**
14  v.                                   )  **KARAFIN AND BRENDAN BEVENSEES'**
                                         )  **REPLY IN SUPPORT OF MOTION TO**
15  LIGHT FIELD LAB, INC.,               )  **DISMISS AMENDED COMPLAINT**
    JON KARAFIN, BRENDAN BEVENSEE,       )  **FOR DAMAGES**
16  and Does 1 to 10,                    )
                                         )
17       Defendants.                     )
                                         )

18

19       Under Rule 201 of the Federal Rules of Evidence, Defendants Jon Karafin and Brendan

20  Bevensee respectfully request that the Court take judicial notice of the Confidentiality and Proprietary

21  Rights Agreement referenced throughout Plaintiff's first amended complaint ("FAC").

22       Courts may take judicial notice of facts that are "not subject to reasonable dispute," such as those

23  that can be "accurately and readily determined from sources whose accuracy cannot reasonably be

24  questioned." Fed. R. Evid. 201(b)(2). The Court may do so "at any stage of the proceeding." Fed. R.

25  Evid. 201(d). The Court "may take judicial notice on its own," and "must take judicial notice if a party

26  requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).

27       It is well-settled that certain materials, including "documents attached to the complaint,

28  documents incorporated by reference in the complaint, or matters of judicial notice," may be considered

as evidence in ruling on a 12(b)(6) motion without converting the motion to dismiss into a motion for summary judgment.  *U.S. v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003); *see also In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999).  "A document may be incorporated by reference into a complaint 'if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim.'"  *Malaspina v. Am. Airlines, Inc.*, No. 25-5411, 2025 WL 3043359, at *2 (N.D. Cal. Oct. 31, 2025) (quoting *Ritchie*, 342 F.3d at 908).

      Here, Plaintiff's first amended complaint (Docket No. 25) seeks to rescind the Confidentiality and Proprietary Rights Agreement on the basis that it was allegedly "obtained through fraud," forming the basis for his fraud, theft, and RICO claims.  FAC ¶¶ 18, 68, 76, 85.  As such, the first amended complaint incorporates the agreement by reference, and it may be judicially noticed.  "Once a document is deemed incorporated by reference, the entire document is assumed to be true for purposes of a motion to dismiss, and both parties—and the Court—are free to refer to any of its contents.'"  *Malaspina*, 2025 WL 3043359, at *2 (quoting *In re NVIDIA Corp. Sec. Litig.*, 768 F.3d 1046, 1058 n.10 (9th Cir. 2014)).

      For all the foregoing reasons, Defendants Jon Karafin and Brendan Bevensee respectfully request that the Court take judicial notice of Exhibit A attached to the concurrently filed Declaration of Madeline A. Woodall.

Date:  December 9, 2025

Respectfully submitted,

_____
Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenlex.com

*Counsel for Defendants*
*Jon Karafin and Brendan Bevensee*