Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenlex.com

*Counsel for Defendant Jon Karafin and Brendan Bevensee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN JONES,<br><br>  Plaintiff,<br><br>v.<br><br>LIGHT FIELD LAB, INC.,<br>JON KARAFIN, BRENDAN BEVENSEE,<br>and Does 1 to 10,<br><br>  Defendants. | Case No. 3:25-cv-05118-MMC<br><br>**DECLARATION OF MADELINE A. WOODALL IN SUPPORT OF DEFENDANTS JON KARAFIN AND BRENDAN BEVENSEES' REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT FOR DAMAGES** |

I, Madeline A. Woodall, declare under 28 US.C. § 1746 as follows:

1. I am an attorney at Warren Kash Warren LLP, counsel for Defendants Jon Karafin and Brendan Bevensee in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the Confidentiality and Proprietary Rights Agreement between Light Field Lab, Inc. and Alan Jones, dated September 9, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 9, 2025, in San Francisco, California.

*/s/ Madeline A. Woodall*
Madeline A. Woodall