# EXHIBIT A



## Confidentiality and Proprietary Rights Agreement

This Employee Confidentiality and Proprietary Rights Agreement (the "**C&P Agreement**") is entered into by and between LIGHT FIELD LAB, INC., a Delaware corporation, (the "**Employer**") on behalf of itself, its subsidiaries and other corporate affiliates (collectively referred to herein as the "**Employer Group**"), and *Alan Jones* (the "**Employee**") (the Employer and the Employee are collectively referred to herein as the "**Parties**") as of 9/9/19 (the "**Effective Date**").

In consideration of the Employee's employment by the Employer, which the Employee acknowledges to be good and valuable consideration for [his/her] obligations hereunder, the Employer and the Employee hereby agree as follows:

1. <u>Confidentiality and Security</u>

    (a) <u>Confidential Information</u>

    The Employee understands and acknowledges that during the course of employment by the Employer, [he/she] will have access to and learn about confidential, secret and proprietary documents, materials and other information, in tangible and intangible form, of and relating to the Employer Group and its businesses and existing and prospective customers, suppliers, investors and other associated third parties ("**Confidential Information**"). The Employee further understands and acknowledges that this Confidential Information and the Employer's ability to reserve it for the exclusive knowledge and use of the Employer Group is of great competitive importance and commercial value to the Employer, and that improper use or disclosure of the Confidential Information by the Employee might cause the Employer to incur financial costs, loss of business advantage, liability under confidentiality agreements with third parties, civil damages and criminal penalties.

    For purposes of this C&P Agreement, Confidential Information includes, but is not limited to, all information not generally known to the public, in spoken, printed, electronic or any other form or medium, relating directly or indirectly to: business processes, practices, methods, policies, plans, publications, documents, research, operations, services, strategies, techniques, agreements, contracts, terms of agreements, transactions, potential transactions, negotiations, pending negotiations, know-how, trade secrets, computer programs, computer software, applications, operating systems, software design, web design, work-in-process,

databases, manuals, records, articles, systems, material, sources of material, supplier information, vendor information, financial information, results, accounting information, accounting records, legal information, marketing information, advertising information, pricing information, credit information, design information, payroll information, staffing information, personnel information, employee lists, supplier lists, vendor lists, developments, reports, internal controls, security procedures, graphics, drawings, sketches, market studies, sales information, revenue, costs, formulae, notes, communications, algorithms, product plans, designs, styles, models, ideas, audiovisual programs, inventions, unpublished patent applications, original works of authorship, discoveries, experimental processes, experimental results, specifications, customer information, customer lists, client information, client lists, manufacturing information, factory lists, distributor lists, and buyer lists of the Employer Group or its businesses or any existing or prospective customer, supplier, investor or other associated third party, or of any other person or entity that has entrusted information to the Employer in confidence.

The Employee understands that the above list is not exhaustive, and that Confidential Information also includes other information that is marked or otherwise identified as confidential or proprietary, or that would otherwise appear to a reasonable person to be confidential or proprietary in the context and circumstances in which the information is known or used.

The Employee understands and agrees that Confidential Information developed by [him/her] in the course of [his/her] employment by the Employer shall be subject to the terms and conditions of this C&P Agreement as if the Employer furnished the same Confidential Information to the Employee in the first instance. Confidential Information shall not include information that is generally available to and known by the public at the time of disclosure to the Employee, provided that such disclosure is through no direct or indirect fault of the Employee or person(s) acting on the Employee's behalf.

(b)     Disclosure and Use Restrictions

The Employee agrees and covenants: (i) to treat all Confidential Information as strictly confidential; (ii) not to directly or indirectly disclose, publish, communicate or make available Confidential Information, or allow it to be disclosed, published, communicated or made available, in whole or part, to any entity or person whatsoever (including other employees of the Employer Group)/third party not having a need to know and authority to know and use the Confidential Information in connection with the business of the Employer Group and, in any event, not to anyone outside of the direct employ of the Employer Group except as required in the performance of the Employee's authorized employment duties to the Employer and only after execution of a confidentiality agreement by the third party with whom Confidential Information will be shared or with the prior consent of an authorized officer acting on behalf of the Employer Group in each instance (and then, such disclosure shall be made only within the limits and to the extent of such duties or consent); (iii) not to access or use any Confidential Information, and not to copy any documents, records, files, media or other resources containing any Confidential Information, or remove any such documents, records, files, media or other resources from the premises or control of the Employer Group, except as required in the performance of the

Employee's authorized employment duties to the Employer or with the prior consent of an authorized officer acting on behalf of the Employer Group in each instance (and then, such disclosure shall be made only within the limits and to the extent of such duties or consent); and (iv) that the unauthorized taking of any of the Employer Group's Confidential Information may be a crime under the California Penal Code or other similar state or federal statutes and that such unauthorized taking could also result in civil liability under California's Uniform Trade Secrets Act (Civil Code §§ 3426 through 3426.11), the federal Defend Trade Secrets Act (see 18 U.S.C. § 1831-1839) or other similar state or federal statutes. Nothing herein shall be construed to prevent disclosure of Confidential Information as may be required or permitted by applicable law or regulation, or pursuant to the valid order of a court of competent jurisdiction or an authorized government agency, provided that the disclosure does not exceed the extent of disclosure required by such law, regulation or order. The Employee shall promptly provide written notice of any such order to an authorized officer of the Employer Group within 48 hours of receiving such order, but in any event sufficiently in advance of making any disclosure to permit the Employer to contest the order or seek confidentiality protections, as determined in the Employer's sole discretion. In addition, this Section does not, in any way, restrict or impede the Employee from discussing the terms and conditions of [his/her] employment with co-workers or union representatives or otherwise disclosing information as permitted by law.

(c) Duration of Confidentiality Obligations

The Employee understands and acknowledges that [his/her] obligations under this C&P Agreement with regard to any particular Confidential Information shall commence immediately upon the Employee first having access to such Confidential Information (whether before or after [he/she] begins employment by the Employer) and shall continue during and after [his/her] employment by the Employer until such time as such Confidential Information has become public knowledge other than as a result of the Employee's breach of this C&P Agreement or breach by those acting in concert with the Employee or on the Employee's behalf.

2. Inventions

(a) Disclosure of Inventions

The Employee acknowledges and agrees that, among [his/her] other duties for the Employer, the Employee will be employed by the Employer in a position which could provide the opportunity for conceiving and/or reducing to practice inventions, improvements, developments, ideas or discoveries whether patentable or unpatentable (collectively hereinafter referred to as "**Inventions**", which is further defined below). Accordingly, the Employee agrees to promptly disclose to the Employer in confidence and in writing all Inventions conceived or reduced to practice by the Employee while in the Employer's employ, either solely or jointly with others, and whether or not during regular working hours. The Employee further agrees to maintain adequate and current written records of such Inventions.

For purposes of this C&P Agreement, Inventions include, but are not limited to, Employer Group information (whether or not patentable or registrable under copyright statutes), including plans, publications, research, strategies, techniques, agreements, documents, contracts,

terms of agreements, negotiations, know-how, computer programs, computer applications, software design, web design, work in process, databases, manuals, results, developments, reports, graphics, drawings, sketches, market studies, formulae, notes, communications, algorithms, product plans, product designs, styles, models, audiovisual programs, inventions, original works of authorship, discoveries, experimental processes, experimental results, specifications, customer information, client information, customer lists, client lists, manufacturing information, marketing information, advertising information, sales information, copyrights, moral rights, copyright applications, patents, patent applications, trademarks, trade dress trademarks, trademark applications, trade names, slogans, service marks and other marks.

(b)     Employer Inventions

The assignment provisions in Section 2(c) shall apply only to "**Employer Inventions**" as defined herein. Employer Inventions shall mean any Invention that meets any one of the following criteria:

(i)     Relates, at the time of conception or reduction to practice of the Invention to: (A) the Employer's business, project or products, or to the manufacture or utilization thereof; or (B) the actual or demonstrably anticipated research or development of the Employer.

(ii)    Results from any work performed directly or indirectly by the Employee for the Employer.

(iii)   Results, at least in part, from the Employee's use of the Employer's time, equipment, supplies, facilities or trade secret information.

Provided, however, that an Employer Invention shall not include any Invention which qualifies fully under the provisions of California Labor Code Section 2870 (a copy of which is attached as Exhibit B), including any idea or invention which is developed entirely on the Employee's own time without using the Employer's equipment, supplies, facilities or trade secret information, and which is not related to the Employer's business (either actual or demonstrably anticipated), and which does not result from work performed for the Employer.

(c)     Assignment of Employer Inventions

The Employee hereby assigns, and agrees to assign, to the Employer, all [his/her] rights, title and interest in and to all Employer Inventions. Also, the Employee hereby assigns, and agrees to assign, to the Employer all Inventions conceived or reduced to practice by the Employee within one year following [his/her] termination of employment with the Employer (whether voluntary or otherwise), if the Invention is a result of Employer information obtained by the Employee during [his/her] employment with the Employer.

(d)     Execution of Necessary Documents

The Employee agrees that, upon request and without compensation therefor, but at no expense to the Employee, whether during the term of [his/her] employment and thereafter, the Employee will dodo all lawful acts, including the execution of papers and lawful oaths and

the giving of testimony, that in the opinion of the Employer, its successors and assigns, may be necessary or desirable in obtaining, sustaining, reissuing, extending or enforcing United States and foreign patent, including design patents, copyright and trademark applications and registrations on all of such Employer Inventions, and for perfecting, affirming, maintaining or recording the Employer's complete ownership and title thereto, and to otherwise cooperate in all proceedings and matters relating thereto.

The Employee hereby irrevocably grants the Employer power of attorney to execute and deliver any such documents on the Employee's behalf in [his/her] name and to do all other lawfully permitted acts to transfer the Inventions to the Employer and further the transfer, issuance, prosecution and maintenance of all rights therein, to the full extent permitted by law, if the Employee does not promptly cooperate with the Employer's request (without limiting the rights the Employer shall have in such circumstances by operation of law). The power of attorney is coupled with an interest and shall not be effected by the Employee's subsequent incapacity.

(e)     Disclosure and License of Prior Inventions

The Employee has listed on the attached Exhibit C ("Prior Inventions") attached hereto all Inventions relating in any way to Employer's business or demonstrably anticipated research and development or business, which were conceived, reduced to practice, created, derived, developed, or made by Employee prior to employment with Employer (collectively, the "Prior Inventions"). The Employee represents that they have no rights in any such Employer-related Inventions other than those Inventions listed on Exhibit C ("Prior Inventions"). If nothing is listed on Exhibit C ("Prior Innovations"), Employee represents that there are no Prior Inventions at the time of signing this Agreement. Employee hereby grants to Employer and Employer's designees a royalty-free, irrevocable, worldwide, fully paid-up license (with rights to sublicense through multiple tiers of sublicensees) to practice all patent, copyright, moral right, mask work, trade secret and other intellectual property rights relating to any Prior Inventions that Employee incorporates, or permit to be incorporated, in any Employer Inventions that Employee, solely or jointly with others, conceive, develop or reduce to practice during Employee's employment with Employer Group. Notwithstanding the foregoing, Employee will not incorporate, or permit to be incorporated, any Prior Inventions in any Employer Inventions without Employer's prior written consent.

(f)     Work Made for Hire

The Employee acknowledges that, by reason of being employed by the Employer at the relevant times, to the extent permitted by law, all writings, works of authorship, technology, inventions, discoveries, ideas and other work product of any nature whatsoever (collectively referred to as Work Product) consisting of copyrightable subject matter is "work made for hire" as defined in the Copyright Act of 1976 (17 U.S.C. § 101), and such copyrights are therefore owned by the Employer. Nothing contained in this C&P Agreement shall be construed to reduce or limit the Employer's rights, title or interest in any Work Product or Inventions so as to be less in any respect than that the Employer would have had in the absence

of this C&P Agreement.

    (g)    <u>Moral Rights</u>

To the extent any copyrights are assigned under this C&P Agreement, the Employee hereby irrevocably waives, to the extent permitted by applicable law, any and all claims the Employee may now or hereafter have in any jurisdiction to all rights of paternity, integrity, disclosure and withdrawal and any other rights that may be known as "moral rights" with respect to all Inventions and Work Product therein.

    (h)    <u>No License</u>

The Employee understands that this C&P Agreement does not, and shall not be construed to, grant the Employee any license or right of any nature with respect to any Inventions, Work Product, or any Confidential Information, materials, software or other tools made available to [him/her] by the Employer.

    (i)    <u>No Violation of Rights of Third Parties.</u>

The Employee acknowledges and agrees that they will not (a) breach any agreement to keep in confidence any confidential or proprietary information, knowledge or data acquired by the Employee prior to employment with the Employer or (b) disclose to the Employer Group, or use or induce the Employer Group to use, any confidential or proprietary information or material belonging to any previous employer or any other third party. Employee is not currently a party, and will not become a party, to any other agreement that is in conflict, or will prevent Employee from complying, with this C&P Agreement.

3.    <u>Security</u>

    (a)    <u>Security and Access</u>

The Employee agrees and covenants (i) to comply with all Employer Group security policies and procedures as in force from time to time including without limitation those regarding computer equipment, telephone systems, voicemail systems, facilities access, monitoring, key cards, access codes, Employer Group intranet, internet, social media and instant messaging systems, computer systems, e-mail systems, computer networks, document storage systems, software, data security, encryption, firewalls, passwords and any and all other Employer Group facilities, IT resources and communication technologies ("**Facilities Information Technology and Access Resources**"); (ii) not to access or use any Facilities and Information Technology Resources except as authorized by Employer; and (iii) not to access or use any Facilities and Information Technology Resources in any manner after the termination of the Employee's employment by the Employer, whether termination is voluntary or involuntary. The Employee agrees to notify the Employer promptly in the event [he/she] learns of any violation of the foregoing by others, or of any other misappropriation or unauthorized access, use, reproduction or reverse engineering of, or tampering with any Facilities and Information

Technology Access Resources or other Employer Group property or materials by others.

(b) Exit Obligations

Upon (i) voluntary or involuntary termination of the Employee's employment or (ii) the Employer's request at any time during the Employee's employment, the Employee shall (A) provide or return to the Employer any and all Employer Group property, including keys, key cards, access cards, identification cards, security devices, employer credit cards, network access devices, computers, cell phones, smartphones, equipment, speakers, webcams, manuals, reports, files, books, compilations, work product, e-mail messages, recordings, tapes, disks, thumb drives or other removable information storage devices, hard drives, negatives and data and all Employer Group documents and materials belonging to the Employer and stored in any fashion, including but not limited to those that constitute or contain any Confidential Information or Work Product, that are in the possession or control of the Employee, whether they were provided to the Employee by the Employer Group or any of its business associates or created by the Employee in connection with [his/her] employment by the Employer; and (B) delete or destroy all copies of any such documents and materials not returned to the Employer that remain in the Employee's possession or control, including those stored on any non-Employer Group devices, networks, storage locations and media in the Employee's possession or control.

4. Publicity. The Employee hereby consents to any and all uses and displays, by the Employer Group and its agents, of the Employee's name, voice, likeness, image, appearance and biographical information in, on or in connection with any pictures, photographs, audio and video recordings, digital images, websites, television programs and advertising, other advertising, sales and marketing brochures, books, magazines, other publications, CDs, DVDs, tapes and all other printed and electronic forms and media throughout the world, at any time during or after the period of [his/her] employment by the Employer, for all legitimate business purposes of the Employer Group ("**Permitted Uses**"). Employee hereby forever releases the Employer Group and its directors, officers, employees and agents from any and all claims, actions, damages, losses, costs, expenses and liability of any kind, arising under any legal or equitable theory whatsoever at any time during or after the period of [his/her] employment by the Employer, in connection with any Permitted Use.

5. Non-disparagement. The Employee agrees and covenants that [he/she] will not at any time make, publish or communicate to any person or entity or in any public forum any

defamatory or disparaging remarks, comments or statements concerning the Employer Group's products or services, and existing and prospective customers, suppliers, investors and other associated third parties, or make any maliciously false statements about the Employer Group's employees and officers.

6. Non-solicitation of Customers using Employer's Trade Secrets. The Employee understands and acknowledges that because of the Employee's experience and relationship of trust with the Employer Group, [he/she] has had access to and learned about much or all of the Employer Group's trade secrets and/or confidential or proprietary information, including

Customer/Client Information. Customer/Client Information includes, but is not limited to, names, phone numbers, addresses, e-mail addresses, order history, order preferences, chain of command, pricing information and other information identifying facts and circumstances specific to the customer/client and relevant to sales/services. The Employee agrees and covenants that Employee will not use the Employer's trade secrets and/or confidential or proprietary information to directly or indirectly solicit the customers/clients of the Employer Group, or to interrupt, disturb or interfere with the relationships of Employer Group with its customers/clients.

7.  <u>Non-solicitation of Employees</u>. During the period that Employee is employed by the Employer and, in the event of termination, for twelve months after such termination, to run consecutively, beginning on the last day of the Employee's employment with the Employer, the Employee agrees and covenants not to disrupt or interfere with the business of the Employer Group by directly or indirectly soliciting, recruiting, attempting to recruit, or raiding the employees of the Employer Group or otherwise inducing the termination of employment of any employee of the Employer Group. The Employee also agrees and covenants not to use the employer's trade secret information and/or confidential information to directly or indirectly solicit the employees of the Employer Group.

8.  <u>Acknowledgement</u>. The Employee acknowledges and agrees that the services to be rendered by [him/her] to the Employer are of a special and unique character; that the Employee will obtain knowledge and skill relevant to the Employer's industry, methods of doing business and marketing strategies by virtue of the Employee's employment; and that the terms and conditions of this C&P Agreement are reasonable under these circumstances. The Employee further acknowledges that the amount of [his/her] compensation reflects, in part, [his/her] obligations and the Employer's rights under this C&P Agreement; that [he/she] has no expectation of any additional compensation, royalties or other payment of any kind not otherwise referenced herein in connection herewith; that [he/she] will not be subject to undue hardship by reason of [his/her] full compliance with the terms and conditions of this C&P Agreement or the Employer's enforcement thereof; and that this C&P Agreement is not a contract of employment and shall not be construed as a commitment by either of the Parties to continue an employment relationship for any certain period of time. **Nothing in this C&P Agreement shall be construed to in any way terminate, supersede, undermine or otherwise modify the "at-will" status of the employment relationship between the Employer and the Employee, pursuant to which either the Employer or the Employee may terminate the employment relationship at any time, with or without cause, with or without notice.**

9.  <u>Remedies</u>. The Employee acknowledges that the Employer's Confidential Information and the Employer's ability to reserve it for the exclusive knowledge and use of the Employer Group is of great competitive importance and commercial value to the Employer, and that improper use or disclosure of the Confidential Information by the Employee will cause irreparable harm to the Employer Group, for which remedies at law will not be adequate. In the event of a breach or threatened breach by the Employee of any of the provisions of this C&P Agreement, the Employee hereby consents and agrees that the Employer shall be entitled to seek,

in addition to other available remedies, a temporary or permanent injunction or other equitable relief against such breach or threatened breach from any court of competent jurisdiction, without the necessity of showing any actual damages or that monetary damages would not afford an adequate remedy, and without the necessity of posting any bond or other security. The aforementioned equitable relief shall be in addition to, not in lieu of, legal remedies, monetary damages or other available forms of relief. The Employee further acknowledges that each member of the Employer Group is an intended third-party beneficiary of this C&P Agreement.

10. <u>Successors and Assigns</u>.

(a) <u>Assignment by the Employer</u>.

The Employer may assign this C&P Agreement to any subsidiary or corporate affiliate in the Employer Group or otherwise, or to any successor or assign (whether direct or indirect, by purchase, merger, consolidation or otherwise) to all or substantially all of the business or assets of the Employer. This C&P Agreement shall inure to the benefit of the Employer Group and permitted successors and assigns.

(b) <u>No Assignment by the Employee</u>.

The Employee may not assign this C&P Agreement or any part hereof. Any purported assignment by the Employee shall be null and void from the initial date of purported assignment.

11. <u>Governing Law; Jurisdiction and Venue</u>. This C&P Agreement, for all purposes, shall be construed in accordance with the laws of California without regard to conflicts-of-law principles. Any action or proceeding by either party to enforce this C&P Agreement shall be brought only in any state or federal court located in the state of California. The Parties hereby irrevocably submit to the exclusive jurisdiction of such courts and waive the defense of inconvenient forum to the maintenance of any such action or proceeding in such venue.

12. <u>Entire Agreement</u>. Unless specifically provided herein, this C&P Agreement contains all the understandings and representations between the Employee and the Employer pertaining to the subject matter hereof and supersedes all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to such subject matter.

13. <u>Modification and Waiver</u>. No provision of this C&P Agreement may be amended or modified unless such amendment or modification is agreed to in writing and signed by the Employee and by a duly authorized officer of the Employer (other than the Employee). No waiver by either of the Parties of any breach by the other party hereto of any condition or provision of this C&P Agreement to be performed by the other party hereto shall be deemed a

waiver of any similar or dissimilar provision or condition at the same or any prior or subsequent time, nor shall the failure of or delay by either of the Parties in exercising any right, power or privilege hereunder operate as a waiver thereof to preclude any other or further exercise thereof or the exercise of any other such right, power or privilege.

14. <u>Severability</u>. Should any provision of this C&P Agreement be held by a court of competent jurisdiction to be enforceable only if modified, or if any portion of this C&P Agreement shall be held as unenforceable and thus stricken, such holding shall not affect the validity of the remainder of this C&P Agreement, the balance of which shall continue to be binding upon the Parties with any such modification to become a part hereof and treated as though originally set forth in this C&P Agreement. The Parties further agree that any such court is expressly authorized to modify any such unenforceable provision of this C&P Agreement in lieu of severing such unenforceable provision from this C&P Agreement in its entirety, whether by rewriting the offending provision, deleting any or all of the offending provision, adding additional language to this C&P Agreement or by making such other modifications as it deems warranted to carry out the intent and agreement of the Parties as embodied herein to the maximum extent permitted by law. The Parties expressly agree that this C&P Agreement as so modified by the court shall be binding upon and enforceable against each of them. In any event, should one or more of the provisions of this C&P Agreement be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provisions hereof, and if such provision or provisions are not modified as provided above, this C&P Agreement shall be construed as if such invalid, illegal or unenforceable provisions had not been set forth herein.

15. <u>Captions</u>. Captions and headings of the sections and paragraphs of this C&P Agreement are intended solely for convenience and no provision of this C&P Agreement is to be construed by reference to the caption or heading of any section or paragraph.

16. <u>Counterparts</u>. This C&P Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

**IN WITNESS WHEREOF**, I hereby agree to the terms and conditions of this Employee Confidentiality and Proprietary Rights Agreement as of the date below my signature:

By: *[signature]*
Name: Alan Jones
Date: 9/9/19

RECEIPT ACKNOWLEDGED BY:

       LIGHT FIELD LAB INC:

By: _____

Name:

Date:

## EXHIBIT B

California Labor Code Section 2870

(a) Any provision in an employment agreement which provides that an employee shall assign, or offer to assign, any of his or her rights in an invention to his or her employer shall not apply to an invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities, or trade secret information except for those inventions that either:

(1) Relate at the time of conception or reduction to practice of the invention to the employer's business, or actual or demonstrably anticipated research or development of the employer; or

(2) Result from any work performed by the employee for the employer.

(b) To the extent a provision in an employment agreement purports to require an employee to assign an invention otherwise excluded from being required to be assigned under subdivision (a), the provision is against the public policy of this state and is unenforceable.

## EXHIBIT C

### EMPLOYEE DISCLOSED PRIOR INVENTIONS

[TO BE ITEMIZED, DETAILED AND COMPLETED BY EMPLOYEE]

REVIEWED AND ACCEPTED BY:

LIGHT FIELD LAB INC:

By: *(signature)*

Name: J. Doren

Date: 9-15-19

DM2\8677758.1