IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>LIGHT FIELD LAB INC., et al.,<br><br>        Defendants. | Case No. 25-cv-05118-MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT COURTESY COPIES IN COMPLIANCE WITH COURT'S STANDING ORDERS** |

On December 9, 2025, defendants Jon Karafin and Brendan Bevensees electronically filed their "Reply in Support of Motion to Dismiss Amended Complaint for Damages," as well as a Request for Judicial Notice, a declaration, and an exhibit in support of the Reply. To date, said defendants have not submitted courtesy copies of said documents.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. Additionally, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See id.

Accordingly, defendants are hereby DIRECTED to submit forthwith the requisite courtesy copies of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: January 12, 2026

                                             MAXINE M. CHESNEY
                                             United States District Judge