1  Patricia L. Peden (State Bar No. 206440)
   Madeline A. Woodall (State Bar No. 351664)
2  WARREN LLP
3  2261 Market Street, No. 606
   San Francisco, California, 94114
4  +1 (415) 895-2940
   +1 (415) 895-2964 facsimile
5  25-5118@cases.warrenllp.com

6  *Counsel for Defendants Jon Karafin and Brendan Bevensee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN JONES,<br><br>   Plaintiff,<br><br>v.<br><br>LIGHT FIELD LAB, INC.,<br>JON KARAFIN, BRENDAN BEVENSEE,<br>and Does 1 to 10,<br><br>   Defendants. | Case No. 3:25-cv-05118-MMC<br><br>**NOTICE OF CHANGE TO ATTORNEY CONTACT INFORMATION** |

Under Local Rule 3-11(a), Defendants Jon Karafin and Brendan Bevensee hereby provide notice that the firm name for its counsel has changed to Warren LLP. Counsel's mailing address is the same:

   Patricia L. Peden (State Bar No. 206440)
   Madeline A. Woodall (State Bar No. 351664)
   WARREN LLP
   2261 Market Street, No. 606
   San Francisco, California, 94114

   Counsel's email address for this matter is now 25-5118@cases.warrenllp.com.

Date: January 21, 2026

                                        Respectfully submitted,

                                        _____
                                        Patricia L. Peden (State Bar No. 206440)
                                        Madeline A. Woodall (State Bar No. 351664)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenllp.com

*Counsel for Defendants*
*Jon Karafin and Brendan Bevensee*