IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>        Plaintiff,<br><br>  v.<br><br>LIGHT FIELD LAB INC., et al.,<br><br>        Defendants. | Case No. 25-cv-05118-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

      Before the Court is (1) defendant Light Field Lab's "Motion to Dismiss," filed October 10, 2025, and (2) defendants Jon Karafin and Brendan Bevensees' "Motion to Dismiss" and "Motion to Strike," both filed November 18, 2025. Plaintiff has filed opposition to each motion, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions and hereby VACATES the hearing scheduled for February 13, 2026.

      **IT IS SO ORDERED.**

Dated: February 11, 2026

                                                    MAXINE M. CHESNEY<br>
                                                  United States District Judge