STEPHEN F. HENRY, ESQ.
HENRY | LACEY PC
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>           Plaintiff,<br><br>     vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>           Defendant, | Case No.: 3:25-cv-5118 MMC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF INTERESTED PARTIES BY DEFENDANT LIGHT FIELD LAB, INC.**<br><br>**Date: April 24, 2026<br>Time: 9:00 a.m.<br>Courtroom: 7**<br><br>**Complaint Filed: June 17, 2025<br>Am. Complaint Filed: Sept. 3, 2025** |

   Under Rule 201 of the Federal Rules of Evidence, Plaintiff respectfully request that the Court take judicial notice of the matters and documents listed below:

   Courts may take judicial notice of facts that are "not subject to reasonable dispute," such as those that can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court may do so "at any stage of the proceeding." Fed. R. Evid. 201(d). The Court "may take judicial notice on its own," and "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).

the Court may also take judicial notice of "[p]ublic records and government documents available from reliable sources on the Internet," such as websites run by governmental agencies. *See, e.g.*, *Hansen Beverage Co. v. Innovation Ventures, LLC*, No. 08-1166, 2009 WL6597891, *1 (S.D. Cal. Dec. 23, 2009). "Materials in the online files of the USPTO and other matters of public record are proper subjects of judicial notice." *Threshold*, 445 F.Supp. 3d 139, 145-46 (N.D. Cal. 2020) (citing *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006)); *see also EVO Brands, LLC v. Al Khalifa Grp. LLC*, 657 F. Supp. 3d 1312, 1321 (C.D. Cal. 2023) (taking judicial notice of assignment documents publicly available on the USPTO website); *Caiz v. Roberts*, 382 F. Supp. 3d 942, 947 (C.D. Cal. 2019) (taking judicial notice of "File History" downloaded from USPTO website); *Farrelly v. Polarclad, Inc.*, No. 11-4268, 2011 WL 5864080, at *2 (N.D. Cal. Nov. 22, 2011) (taking judicial notice of a certificate of registration "obtainable through WIPO's official website" because "the information found within may be verified through a simple search using WIPO's trademark database"); *Hyphy Music Inc. v. Cruz*, No. 23-700, 2025 WL 1580909, at *4 (E.D. Cal. June 4, 2025) (holding that "[b]ecause the trademarks can be accessed through WIPO's database, the Court grants judicial notice of the Mexico trademark registrations").

     For all the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of the matters and documents listed below:

     1. The public records and government documents referenced in paragraphs _____ of the Declaration of Alan Jones.

Dated: March 11, 2026

                                      HENRY | LACEY PC

                                      By /s/ Stephen Henry_____
                                      STEPHEN F. HENRY
                                      Attorney for Plaintiff