STEPHEN F. HENRY, ESQ.
HENRY | LACEY PC
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>　　　　Defendant, | Case No.: 3:25-cv-5118 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INTERESTED PARTIES BY DEFENDANT LIGHT FIELD LAB, INC.**<br><br>**Date: April 24, 2026**<br>**Time: 9:00 a.m.**<br>**Courtroom: 7**<br><br>**Complaint Filed: June 17, 2025**<br>**Am. Complaint Filed: Sept. 3, 2025** |

　　　　Having considered Plaintiff's Motion to Compel Disclosure of Litigation Funding Sources, the memorandum of points and authorities filed in support thereof, the Declaration of Alan Jones and exhibits thereto, and any opposition and reply, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1.　　　　Within fourteen (14) days of the date of this Order, Defendant Light Field Lab, Inc., through its counsel of record, shall disclose in a filing with this Court:

a.　　　　The identity of all persons and entities that have funded, are funding, or have agreed to fund the defense of Light Field Lab, Inc. in this action, including but not limited to the source of all payments to Gordon Rees Scully Mansukhani LLP for legal services rendered in connection with this case;

b.         The nature and terms of any arrangement pursuant to which such funding is provided, including whether the funder has authority to make or approve litigation or settlement decisions;

c.         Any relationship between the funder and Light Field Lab's current or former officers, directors, investors, board members, or the purchaser of the Light Field Lab patent portfolio; and

d.         Any relationship between the funder and any of the Doe defendants identified in Plaintiff's complaint.

2.         Within fourteen (14) days of the date of this Order, Defendant Jon Karafin, Defendant Brendan Bevensee, and Defendant Light Field Lab, Inc. shall each file supplemental disclosures under Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15 identifying all entities and persons with a financial interest in the subject matter of this action or in any party to this action, including any individual or entity that provides funding for the litigation.

3.         The obligation to disclose under this Order is continuing. If any information required to be disclosed changes or if additional funding sources are identified after the initial disclosure, the disclosing party shall file a supplemental disclosure within seven (7) days of becoming aware of the change or additional information.

4.         Failure to comply with this Order may result in sanctions, including but not limited to those available under the Court's inherent authority and Federal Rule of Civil Procedure 37.

IT IS SO ORDERED.

Dated: _____        _____
                                                            THE HONORABLE MAXINE M. CHESNEY
                                                            UNITED STATES DISTRICT JUDGE