Stephen F. Henry, Esq. (State Bar No. 142336)
HENRY | LACEY PC
2625 Alcatraz Avenue, No. 615
Berkeley, California, 94705
+1 (510) 898-1883
+1 (510) 295-2516 facsimile
shenry@henrylacey.com

*Attorneys for Plaintiff Alan Jones*

Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenllp.com

*Counsel for Defendants*
*Jon Karafin and Brendan Bevensee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN JONES,<br><br>　　Plaintiff,<br><br>v.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN,<br>BRENDAN BEVENSEE, and Does 1 to 10,<br><br>　　Defendants. | Case No. 3:25-cv-05118-MMC<br><br>**STIPULATION REGARDING MOOTNESS OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DISCLOSURE OF INTERESTED PARTIES BY LIGHT FIELD LAB, INC. WITH RESPECT TO DEFENDANTS KARAFIN AND BEVENSEE** |

　　Plaintiff Alan Jones ("Plaintiff") and Defendants Jon Karafin and Brendan Bevensee (the "Individual Defendants") (collectively, "the Parties") hereby stipulate as follows:

　　WHEREAS, Plaintiff filed a Notice of Motion and Motion to Compel Disclosure of Interested Parties by Defendant Light Field Lab, Inc. and Memorandum of Points and Authorities (the "Motion") on Wednesday, March 11, 2026;

　　WHEREAS, Plaintiff's Motion seeks an order directing the Individual Defendants to "each file supplemental disclosures under Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15 identifying all entities and persons with a financial interest in the subject matter of this action or in any party to this action, including any individual or entity that provides funding for the litigation." Docket No. 52-3 at 2:7-11;

　　WHEREAS, under Civil Local Rule 7-3(a), the deadline to respond to the Motion is Wednesday, March 25, 2026;

WHEREAS, the Individual Defendants filed Certificates of Interested Parties Under Civil Local Rule 3-15 on Monday, March 24, 2026, *see* Docket Nos. 56, 57;

WHEREAS, the Individual Defendants are not obligated to file disclosures under Federal Rule of Civil Procedure 7.1;

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel hereby stipulate and agree as follows:

The Motion is MOOT to the extent it seeks an order directing the Individual Defendants to file Certificates of Interested Parties Under Civil Local Rule 3-15, and the Court need not rule on the issues presented to the extent they relate to the Individual Defendants.

SO STIPULATED.

Date:   March 24, 2026

 /s/ Stephen F. Henry
Stephen F. Henry (State Bar No. 142336)
HENRY | LACEY PC
2625 Alcatraz Avenue, No. 615
Berkeley, California, 94705
+1 (510) 898-1883
+1 (510) 295-2516 facsimile
shenry@henrylacey.com

*Attorneys for Plaintiff Alan Jones*

Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenllp.com

*Counsel for Defendants*
*Jon Karafin and Brendan Bevensee*

### SIGNATURE ATTESTATION

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date:   March 24, 2026

Patricia L. Peden

*Counsel for Defendants*
*Jon Karafin and Brendan Bevensee*