SARA A. MOORE (SBN: 294255)
NIKAYLA JOHNSON (SBN: 347157)
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
smoore@grsm.com
njohnson@grsm.com

Attorneys for Defendant
LIGHT FIELD LAB, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN JONES, an individual,<br><br>                           Plaintiff,<br><br>        v.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN,<br>BRENDAN BEVENSEE, and Does 1 to 10,<br><br>                           Defendants. | CASE NO.: 3:25-cv-5118 MMC<br><br>**DEFENDANT LIGHT FIELD LAB, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSON**<br><br>*Complaint Filed: June 17, 2026*<br>*Am. Complaint Filed: Sept. 3, 2025* |

**Gordon Rees Scully Mansukhani, LLP**
315 Pacific Avenue
San Francisco, CA 94111

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The Hartford Insurance Group, Inc.

Hartford Global Specialty Financial Lines, Employment Practices Liability Claims

Dated: March 25, 2026                    GORDON REES SCULLY MANSUKHANI, LLP

By: _____
SARA A. MOORE
NIKAYLA JOHNSON
Attorneys for Defendant
LIGHT FIELD LAB, INC.

-2-
DEFENDANT LIGHT FIELD LAB, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED
ENTITIES OR PERSON