SARA A. MOORE (SBN: 294255)
NIKAYLA JOHNSON (SBN: 347157)
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
smoore@grsm.com
njohnson@grsm.com

Attorneys for Defendant
LIGHT FIELD LAB, INC.

**Gordon Rees Scully Mansukhani, LLP**
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES, an individual, | ) CASE NO.: 3:25-cv-5118 MMC |
| Plaintiff, | ) |
| v. | ) **DEFENDANT LIGHT FIELD LAB, INC.'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |
| LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10, | ) |
| Defendants. | ) *Complaint Filed: June 17, 2025* |
| | ) *Am. Complaint Filed: Sept. 3, 2025* |

Pursuant to Federal Rule of Civil Procedure 7.1, to enable the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Defendant LIGHT FIELD LABS, INC. provides the following information: there is no parent corporation nor any publicly held corporation owning 10% or more of its stock.

Dated: March 25, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
SARA A. MOORE
NIKAYLA JOHNSON
Attorneys for Defendant
LIGHT FIELD LAB, INC.

-1-