**STEPHEN F. HENRY, ESQ.**
**HENRY | LACEY PC**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALAN JONES,<br><br>        Plaintiff,<br><br>   vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN,<br>BRENDAN BEVENSEE, and Does 1 to 10,<br><br>       Defendant, | Case No.: 3:25-cv-5118 MMC<br>**REVISED [PROPOSED] ORDER GRANTING**<br>**PLAINTIFF'S MOTION TO COMPEL**<br>**DISCLOSURE OF INTERESTED PARTIES**<br><br><br>**Date: April 24, 2026**<br>**Time: 9:00 a.m.**<br>**Courtroom: 7**<br><br>**Complaint Filed: June 17, 2025**<br>**Am. Complaint Filed: Sept. 3, 2025** |

Having considered Plaintiff's Motion to Compel Disclosure of Interested Parties (Dkt. 52), the memorandum of points and authorities filed in support thereof, the Supplemental Declaration of Alan Jones, the Request for Judicial Notice, the Reply in Support of Motion to Compel, and any opposition and reply, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. Within fourteen (14) days of the date of this Order, Gordon Rees Scully Mansukhani LLP shall disclose in a filing with this Court:

a. The identity of all persons and entities that funded, are funding, or agreed to fund the defense of Light Field Lab, Inc. in this action, including but not limited to the source of all payments to Gordon Rees Scully Mansukhani LLP for legal services in connection with this case;

b. The nature and terms of any arrangement pursuant to which such funding is provided, including whether the funder has authority to make or approve litigation or settlement decisions;

c. Any relationship between the funder and Light Field Lab, Inc.'s current or former officers, directors, investors, board members, or the purchaser of the Light Field Lab patent portfolio; and

d. Any relationship between the funder and any of the Doe defendants identified in Plaintiff's complaint.

2. Within fourteen (14) days of the date of this Order, Gordon Rees Scully Mansukhani LLP shall disclose the identity of the person or entity that authorized counsel's continued representation of Light Field Lab, Inc. after the forfeiture of its Delaware charter on February 12, 2026.

3. The obligation to disclose under this Order is continuing. If any information required to be disclosed changes or if additional funding sources are identified after the initial disclosure, the disclosing party shall file a supplemental disclosure within seven (7) days of becoming aware of the change or additional information.

4. Failure to comply with this Order may result in sanctions, including but not limited to those available under the Court's inherent authority and Federal Rule of Civil Procedure 37.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE