**STEPHEN F. HENRY, ESQ.**
**HENRY | LACEY PC**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>      Plaintiff,<br><br>   vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN,<br>BRENDAN BEVENSEE, and Does 1 to 10,<br><br>      Defendant, | Case No.: 3:25-cv-5118 MMC<br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL DISCLOSURE OF INTERESTED PARTIES**<br><br>**Date: April 24, 2026**<br>**Time: 9:00 a.m.**<br>**Courtroom: 7** |

**Complaint Filed: June 17, 2025**
**Am. Complaint Filed: Sept. 3, 2025**

Under Rule 201 of the Federal Rules of Evidence, Plaintiff respectfully requests that the Court take judicial notice of the matters and documents listed below.

Courts may take judicial notice of facts that are "not subject to reasonable dispute," such as those that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court may do so "at any stage of the proceeding." Fed. R. Evid. 201(d). The Court "may take judicial notice on its own," and "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).

The Court may also take judicial notice of "[p]ublic records and government documents available from reliable sources on the Internet," such as websites run by governmental agencies. *See,*

*e.g., Hansen Beverage Co. v. Innovation Ventures, LLC*, No. 08-1166, 2009 WL 6597891, at *1 (S.D. Cal. Dec. 23, 2009); *Threshold Enterprises Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 145-46 (N.D. Cal. 2020) (citing *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006)); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012).

Plaintiff respectfully requests that the Court take judicial notice of the following:

**1. Delaware Division of Corporations Entity Status Record for Light Field Lab, Inc. (File Number 6225868)**

This document is a public record of the Delaware Division of Corporations, a government agency, retrieved from the official website at https://icis.corp.delaware.gov/ on March 20, 2026. It reflects the current corporate status of Defendant Light Field Lab, Inc., including:

1.      Entity status: "Forfeited, Failure to appoint a R/A"

2.      Status effective date: February 12, 2026

3.      Registered agent: "UNASSIGNED AGENT"

4.      Tax due: $194,330.40

5.      Filing history, including agent resignation on January 13, 2026

A true and correct copy is attached hereto as Exhibit A.

For all the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of the document listed above.

Dated: April 1, 2026

HENRY | LACEY PC

By /s/ Stephen Henry_____
STEPHEN F. HENRY
Attorney for Plaintiff

# EXHIBIT A

**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

| | Entity Details |
|---|---|

**THIS IS NOT AN OFFICIAL CERTIFICATE OF STATUS**

**Status Retrieved:** 03/20/2026 at 1:30 PM EST

[Email Status]

| | | | |
|---|---|---|---|
| File Number: | **6225868** | **Incorporation Date / Formation Date:** | **11/22/2016** (mm/dd/yyyy) |
| Entity Name: | **LIGHT FIELD LAB, INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **State:** |
| Status: | **Forfeited, Failure to appoint a R/A** | Status as of: | **2/12/2026** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | **2024** | Tax Due: | **$ 194330.40** |
| Annual Tax Assessment: | **$ 200000** | Total Authorized Shares: | **86630731** |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | **UNASSIGNED AGENT** |
| Address: | |
| City: | County: |
| State: | **NullValue**    Postal Code: **95050** |
| Phone: | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Agent Resignation w/o Apt 9220915 - CAPITOL SERVICES, INC. | 1 | 1/13/2026 | 10:31 AM | 1/13/2026 |
| 2 | Amendment Stock | 2 | 3/19/2025 | 1:37 PM | 3/19/2025 |
| 3 | Restated Stock | 18 | 7/8/2022 | 5:12 PM | 7/8/2022 |
| 4 | Blnkt Address - Corp | 1 | 8/27/2021 | 9:28 AM | 8/28/2021 |
| 5 | Restated Stock | 21 | 6/27/2019 | 11:39 AM | 6/27/2019 |

[Back to Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.