IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN JONES,

          Plaintiff,

    v.

LIGHT FIELD LAB INC., et al.,

          Defendants.

Case No.  25-cv-05118-MMC

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INTERESTED PARTIES**

Before the Court is plaintiff's "Motion to Compel Disclosure of Interested Parties," filed March 11, 2026. Defendants Light Field Lab, Inc., Jon Karafin, and Brendan Bevensee, in response to plaintiff's motion, have filed the requisite certifications. (See Doc. Nos. 56, 57, 59, and 60.)

Accordingly, plaintiff's motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: April 10, 2026

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California