United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN JONES,

          Plaintiff,

    v.

LIGHT FIELD LAB INC., et al.,

          Defendants.

Case No.  25-cv-05118-MMC

**ORDER RE: CASE MANAGEMENT CONFERENCE**

Before the Court are two pending Motions to Dismiss in the above-titled case. The Court anticipates issuing an order resolving those motions within the month of June, and, accordingly, hereby VACATES the upcoming Case Management Conference, currently scheduled for June 5, 2026. The Court will advise the parties of any future dates once that order has been filed.

    **IT IS SO ORDERED.**

Dated: May 27, 2026

                                     MAXINE M. CHESNEY
                                     United States District Judge