Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenllp.com

*Counsel for Defendants Jon Karafin and Brendan Bevensee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN JONES,<br><br>    Plaintiff,<br><br>v.<br><br>LIGHT FIELD LAB, INC.,<br>JON KARAFIN, BRENDAN BEVENSEE,<br>and Does 1 to 10,<br><br>    Defendants. | Case No. 3:25-cv-05118-MMC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS JON KARAFIN AND BRENDAN BEVENSEES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES** |

Under Rule 201 of the Federal Rules of Evidence, Defendants Jon Karafin and Brendan Bevensee respectfully request that the Court take judicial notice of the references to *Light Field Lab v. Jones*, No. 23-5344, Dkt. No. 1, Exhibit A (N.D. Cal. Oct. 19, 2023), filed in this action at Dkt. Nos. 31-2 and 20-1.

Courts may take judicial notice of facts that are "not subject to reasonable dispute," such as those that can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court may do so "at any stage of the proceeding." Fed. R. Evid. 201(d). The Court "may take judicial notice on its own," and "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).

It is well-settled that certain materials, including "documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice," may be considered

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT

as evidence in ruling on a 12(b)(6) motion without converting the motion to dismiss into a motion for summary judgment. *U.S. v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003); *see also In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999).  "A document may be incorporated by reference into a complaint 'if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim.'"  *Malaspina v. Am. Airlines, Inc.*, No. 25-5411, 2025 WL 3043359, at *2 (N.D. Cal. Oct. 31, 2025) (quoting *Ritchie*, 342 F.3d at 908).  Here, the Second Amended Complaint ("SAC") relies on Light Field Lab, Inc.'s 2017 Stock Incentive Plan contained in *Light Field Lab v. Jones*, No. 23-5344, Dkt. No. 1, Exhibit A (N.D. Cal. Oct. 19, 2023) to form the basis of Jones's fraud claims.  *See, e.g.*, SAC ¶¶ 30, 64, 70-71, 121.  As such, the SAC incorporates the 2017 Stock Incentive Plan by reference, and it may be judicially noticed.  "Once a document is deemed incorporated by reference, the entire document is assumed to be true for purposes of a motion to dismiss, and both parties—and the Court—are free to refer to any of its contents.'"  *Malaspina*, 2025 WL 3043359, at *2 (quoting *In re NVIDIA Corp. Sec. Litig.*, 768 F.3d 1046, 1058 n.10 (9th Cir. 2014)).

Additionally, "proper subjects of judicial notice when ruling on a motion to dismiss include court documents already in the public record and documents filed in other courts and publicly accessible websites." *Mangaoang v. Special Default Servs., Inc.*, 427 F. Supp. 3d 1195, 1204 (N.D. Cal. 2019) (citing *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002)); *Threshold Enters. Ltd. v. Pressed Juicery*, Inc., 445 F.Supp. 3d 139, 145-46 (N.D. Cal. 2020) ("We may take judicial notice of court filings and other matters of public record.").

For the foregoing reasons, Defendants Jon Karafin and Brendan Bevensee respectfully request that the Court take judicial notice of the references to *Light Field Lab v. Jones*, No. 23-5344, Dkt. No. 1, Exhibit A (N.D. Cal. Oct. 19, 2023), filed in this action at Dkt. Nos. 31-2 and 20-1.

Date:  July 20, 2026

Respectfully submitted,

Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT

+1 (415) 895-2964 facsimile
25-5118@cases.warrenllp.com

*Counsel for Defendants*
*Jon Karafin and Brendan Bevensee*

Case No. 3:25-cv-05118-MMC

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT