**STEPHEN F. HENRY, ESQ.**
**HENRY | LACEY PC**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN JONES,

        Plaintiff,

    vs.

LIGHT FIELD LAB, INC., JON KARAFIN,
BRENDAN BEVENSEE, and Does 1 to 10,

        Defendant,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:25-cv-5118 MMC

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE AN OPPOSITION BRIEF NOT TO EXCEED 55 PAGES**

**Complaint Filed: June 17, 2025**
**Am. Complaint Filed: Sept. 3, 2025**
**Second Am. Complaint Filed: July 6, 2025**

Plaintiff Alan Jones having moved under Civil Local Rule 7-11 for administrative relief in the form of leave to file a memorandum in opposition to the Motion to Dismiss of Defendants Jon Karafin and Brendan Bevensee (Dkt. 69) in excess of the page limit set by Civil Local Rule 7-4(b), the Court having considered the motion, the Declaration of Stephen F. Henry, and the record in this action, and **good cause appearing**, the Court finds and orders as follows:

    **FINDINGS**

    1. The request was made prior to the due date of the opposition, as Civil Local Rule 7-4(b) requires, and Civil Local Rule 7-11 identifies "motions to exceed otherwise applicable page limitations" as a matter properly presented as a motion for administrative relief.

2. Defendants' motion is directed at four causes of action and seeks dismissal of each with prejudice; it raises grounds not raised in their motion directed to the First Amended Complaint (Dkt. 38), arising under the law of more than one jurisdiction; and Civil Local Rules 7-3(a) and 7-3(c) require Plaintiff to contain his evidentiary and procedural objections, including his response to Defendants' separately filed Request for Judicial Notice (Dkt. 69-1, 69-2), within the same brief, with no later memorandum in which to address any ground omitted from it. The enlargement is warranted and disturbs neither the briefing schedule nor the hearing date.

**ORDER**

1. Plaintiff's Motion for Administrative Relief is **GRANTED**.

2. Plaintiff may file a memorandum in opposition to Dkt. 69 **not to exceed 55 pages of text**, exclusive of the caption, table of contents, table of authorities, signature block, and any declarations, exhibits, or proposed order.

3. Defendants may file a reply memorandum **not to exceed 33 pages of text**, subject to the same exclusions.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Maxine M. Chesney
Senior United States District Judge