# EXHIBIT A

**From:** **Stephen Henry** shenry@henrylacey.com
**Subject:** RE: Jones v. Light Field Lab Motion to Dismiss
**Date:** July 30, 2026 at 12:12 PM
**To:** Patricia Peden patricia@warrenllp.com
**Cc:** Project Homer homer@matters.warrenllp.com, Sara Moore smoore@grsm.com

Attached please find a draft Motion for Administrative Relief re page limits.  Please let me know if you will or will not stipulate to it so that I can file it today.

Stephen



**Stephen F. Henry**
**Henry | Lacey PC**

2625 Alcatraz Avenue, No. 615
Berkeley, California 94705

510.898.1883  //  phone
1.510.295.2516  //  fax
shenry@henrylacey.com
www.henrylacey.com

**From:** Stephen Henry
**Sent:** Friday, July 24, 2026 4:37 AM
**To:** Patricia Peden <patricia@warrenllp.com>
**Cc:** Project Homer <homer@matters.warrenllp.com>; Sara Moore <smoore@grsm.com>
**Subject:** Re: Jones v. Light Field Lab Motion to Dismiss

Thank you. After considering your argument that a change in the briefing schedule is unfair and reading the Motion, we are going to remain on the current schedule.  However, given the number of issues raised, we may meet and confer next week and the file a Motion for Administrative Relief seeking additional pages for the Opposition.

Stephen F. Henry
Henry / Lacey

2625 Alcatraz Ave., No. 615
Berkeley, CA 94705

(510) 898-1883 (phone)
1-510-295-2516 (fax)
shenry@HenryLacey.com
HenryLacey.com

Sent from my iPhone

On Jul 22, 2026, at 5:48 PM, Patricia Peden <patricia@warrenllp.com>

wrote:

Mr. Henry,

I have spoken with my clients and can agree to the following schedule:

- Jones's opposition due: August 28
- Reply brief due: September 11
- Hearing date: September 25

I think it makes sense to put the LFL briefing on this same schedule, but I will leave that to you and Sara to decide.

Best,
Patty

On Tue, Jul 21, 2026 at 5:02 PM Stephen Henry <shenry@henrylacey.com> wrote:

> No, that date was not on my mind.
>
> Regardless, since you want extra briefing time, why don't you propose something
>
> Stephen F. Henry
> Henry / Lacey
>
> 2625 Alcatraz Ave., No. 615
> Berkeley, CA 94705
>
> (510) 898-1883 (phone)
> 1-510-295-2516 (fax)
> shenry@HenryLacey.com
> HenryLacey.com
>
> Sent from my iPhone
>
>> On Jul 21, 2026, at 7:33 PM, Patricia Peden <patricia@warrenllp.com> wrote:
>>
>> Hi Stephen,
>>
>> We all knew our deadline to file a motion to dismiss was 14 days after you filed the SAC. Since you knew that you would be on vacation and/or unavailable, you should have

raised that with me before we filed our brief.  If you had, we could have stipulated to a briefing schedule that was fair to both sides.

I will discuss your request with my client and get back to you. Until we have had a chance to speak, you will not meet the meet and confer requirement to file the motion.

In the meantime, please let me know how you propose to share the additional briefing time if the hearing date is continued. I am not inclined to agree to continuance if you have months to file an opposition while we are still limited to one week for our reply.  I am, however, amenable to an extension if we can work out a briefing schedule that provides both sides with roughly equal additional time.

Please send your proposal as soon as possible.  I will need to share it with my clients when I consult them about your request.

Best,
Patty

On Tue, Jul 21, 2026 at 4:10 PM Stephen Henry <shenry@henrylacey.com> wrote:

Patty:

I will be filing a Motion for Administrative Relief to move the hearing date for this Motion to September 18 as I am currently away on vacation, will be away again from August 5 through August 14 , and will have inadequate time to address the Motion. LFL's counsel, who requested an extension of time to file LFL's motion is going to file LFL's Motion on August 14.

Please let me know if I should inform the Court whether you oppose or don't oppose the motion.

Stephen F. Henry
Henry / Lacey

2625 Alcatraz Ave., No. 615
Berkeley, CA 94705

(510) 898-1883 (phone)
1-510-295-2516 (fax)
shenry@HenryLacey.com

HenryLacey.com

Sent from my iPhone

Begin forwarded message:

> **From:** ECF-CAND@cand.uscourts.gov
> **Date:** July 20, 2026 at 10:43:18 PM EDT
> **To:** efiling@cand.uscourts.gov
> **Subject: Activity in Case 3:25-cv-05118-MMC Jones v. Light Field Lab Inc. et al Motion to Dismiss**
>
> This is an automatic e-mail message generated by the CM/ECF system.
> Please DO NOT RESPOND to this e-mail because the mail box is unattended.
> ***NOTE TO PUBLIC ACCESS USERS***
> Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> U.S. District Court
> California Northern District
>
> Notice of Electronic Filing
> The following transaction was entered by Peden, Patricia on 7/20/2026 7:42 PM and filed on 7/20/2026
>
> Case Name: Jones v. Light Field Lab Inc. et al
> Case Number: 3:25-cv-05118-MMC
> https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?451383
>
> Filer: Brendan BevenseeJon Karafin

Document Number: 69

Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.cand.uscourts.gov/doc1/03502740 3314?
caseid=451383&de_seq_num=218&magic_n um=69713129

Docket Text:
 MOTION to Dismiss <i>Second Amended Complaint</i>  filed by Brendan Bevensee, Jon Karafin. Motion to Dismiss
Hearing set for 8/28/2026 09:00 AM in San Francisco, Courtroom 07, 19th Floor. Responses due by 8/3/2026.  Replies due by 8/10/2026.  (Attachments:  #
(1) Request for Judicial Notice, # (2) Proposed Order)(Peden, Patricia) (Filed on 7/20/2026)

3:25-cv-05118-MMC Notice has been electronically mailed to:
Madeline          A Woodall

 madeline@warrenllp.com

Nikayla          Nikayla Johnson

    njohnson@grsm.com,
mfranco@grsm.com

Patricia          L. Peden

 patricia@warrenllp.com

Sara          Allison Moore

    smoore@grsm.com, yolvera@grsm.com

Stephen          F. Henry

 shenry@henrylacey.com

3:25-cv-05118-MMC Please see <a href=http://www.cand.uscourts.gov/localrules/civil#SERVICE>Local Rule 5-5</a>; Notice has NOT been electronically mailed to:

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: C:\fakepath\Defendants Jon Karafin and Brendan Bevensees' Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint for Damages.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=7/20/2026] [FileNumber=23791961-0] [64ea3dbf34c0607c0c911aab8c3d796926cc7e231c45797f23de50c277d0d395f1f925495dc43aecc0d7cf71c019f40d6a796e34b7913e90f968dde38e6b4b45]]

Document description:  Request for Judicial Notice
Original filename: C:\fakepath\Request for Judicial Notice.pdf

Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=7/20/2026] [FileNumber=23791961-1] [6119b8fb5227142a5328d855894a7f8aaefcb5f30a316021b3aa16f3ae0ed203d7ef80766cd590e352b819ac0d74128c5d3bc40dea8b9f6670ecf1e7be6e9b50]]

Document description: Proposed Order
Original filename: C:\fakepath\[Proposed] Order.pdf
Electronic document Stamp:
[STAMP CANDStamp_ID=977336130 [Date=7/20/2026] [FileNumber=23791961-2] [88be63cd90e46079c19fc6e0d0703dbc141a

84ec5651977da89c536730d38668cf09f7acd
06a243480336c9c630baa37a0e64f9e3d16ec
fda7d32f0e06d39b7f]]

2026 07 30
Motion…it.docx

**STEPHEN F. HENRY, ESQ.**
**HENRY | LACEY PC**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN JONES,

       Plaintiff,

    vs.

LIGHT FIELD LAB, INC., JON KARAFIN,
BRENDAN BEVENSEE, and Does 1 to 10,

       Defendant,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:25-cv-5118 MMC

**PLAINTIFF'S MOTION FOR
ADMINISTRATIVE RELIEF UNDER CIVIL
L.R. 7-11 FOR LEAVE TO FILE AN
OPPOSITION BRIEF NOT TO EXCEED 55
PAGES**

**Date: No hearing — submitted on the papers
(Civil L.R. 7-11(c))
Courtroom: 7**

**Complaint Filed: June 17, 2025
Am. Complaint Filed: Sept. 3, 2025**

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that Plaintiff Alan Jones moves this Court, under Civil Local Rule 7-11, for leave to file a memorandum in opposition to the Motion to Dismiss of Defendants Jon Karafin and Brendan Bevensee (Dkt. 69) not to exceed **fifty-five pages of text** — thirty additional pages — in place of the twenty-five allowed by Civil Local Rule 7-4(b). This request is made prior to the due date of the opposition, as Civil Local Rule 7-4(b) requires. The opposition is due August 3, 2026.

This motion is based on the following statement of reasons, the concurrently filed Declaration of Stephen F. Henry, and the records and files in this action. A [Proposed] Order is submitted herewith. No

hearing is requested; the motion is submitted for determination without hearing under Civil Local Rule 7-11(c).

**STATEMENT OF REASONS**

Defendants' motion is directed at four separate causes of action — the Third, Fourth, Fifth, and Sixth — and seeks dismissal of each with prejudice. Plaintiff must therefore address not only the sufficiency of each claim but, separately and claim by claim, whether any amendment would be futile. The motion further raises five grounds that appear nowhere in Defendants' earlier motion directed to the First Amended Complaint (Dkt. 38), including two statutes of limitations arising under different bodies of law — California and Delaware — each with its own rules of accrual and tolling. Each of those grounds must be briefed from first principles.

The Local Rules also allot the parties unequal room. Defendants filed their Request for Judicial Notice as a separate document (Dkt. 69-1, 69-2), which consumed none of their twenty-five pages. Civil Local Rule 7-3(a) requires that Plaintiff's response to that request, and every evidentiary and procedural objection, be "contained within" his opposition brief. Plaintiff must place inside his page limit what Defendants were permitted to file outside theirs.

Plaintiff will also have no further occasion to be heard. Under Civil Local Rule 7-3(c) the reply belongs to the moving party. Whatever Plaintiff does not address in his opposition, he cannot address later. If the opposition must be confined to twenty-five pages, a substantial number of the arguments Defendants raise will necessarily be addressed in summary fashion, which would limit the utility of the opposition to the Court's analysis of the issues presented.

Plaintiff seeks the pages that answering Defendants' motion requires and no more. So that neither side gains an advantage from the relief, Plaintiff asks that Defendants' reply be enlarged in the same proportion the Rules themselves set: fifty-five is to thirty-three as twenty-five is to fifteen. Counsel has requested Defendants' stipulation to this enlargement under Civil Local Rule 7-12; the accompanying declaration explains the outcome, as Civil Local Rule 7-11(a) requires and as paragraph 7 of this Court's Standing Orders contemplates.

**CONCLUSION**

Plaintiff respectfully requests that the Court grant him leave to file a memorandum in opposition to Dkt. 69 not to exceed fifty-five pages of text, and grant Defendants leave to file a reply memorandum not to exceed thirty-three pages of text.

Dated: July 22, 2026

HENRY | LACEY PC

By /s/ Stephen Henry_____
STEPHEN F. HENRY
Attorney for Plaintiff

3
Case No. : 3:25-cv-5118 MMC