Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenllp.com

*Counsel for Defendants Jon Karafin and Brendan Bevensee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN JONES, | Case No. 3:25-cv-05118-MMC |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL L.R. 7-11 FOR LEAVE TO FILE AN OPPOSITION BRIEF NOT TO EXCEED 55 PAGES** |
| v. | |
| LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10, | |
| Defendants. | |

Having considered the papers, the record, and good cause appearing, the Court DENIES Plaintiff's Motion for Administrative Relief Under Civil L.R. 7-11 for Leave to File an Opposition Brief Not to Exceed 55 Pages, as Plaintiff has failed to show good cause to extend the briefing limit by thirty pages. The Motion is further DENIED AS MOOT to the extent that Plaintiff has filed his opposition brief on August 3, 2026, in accordance with Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Date: _____          _____
                                           THE HONORABLE MAXINE M. CHESNEY
                                           UNITED STATES DISTRICT JUDGE