IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN JONES,

          Plaintiff,

      v.

LIGHT FIELD LAB INC., et al.,

          Defendants.

Case No.  25-cv-05118-MMC

**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OPPOSITION BRIEF NOT TO EXCEED 55 PAGES**

Before the Court is plaintiff's "Motion for Administrative Relief Under Civil L.R. 7-11 for Leave to File an Opposition Brief Not to Exceed 55 Pages," filed July 30, 2026, whereby plaintiff seeks an order granting him leave to file a brief of up to fifty-five pages in opposition to defendants' motion to dismiss, i.e., thirty additional pages beyond the page limit allotted by the Civil Local Rules of this District. See Civil L.R. 7-4(b). Defendants have filed opposition to plaintiff's motion.

The Court, having read and considered the parties' respective written submissions, finds plaintiff has not shown good cause for the relief requested.

Accordingly, plaintiff's Administrative Motion is hereby DENIED

**IT IS SO ORDERED.**

Dated: August 4, 2026

MAXINE M. CHESNEY
United States District Judge