**STEPHEN F. HENRY, ESQ.**
**HENRY | LACEY PC**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>        Plaintiff,<br><br>     vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN,<br>BRENDAN BEVENSEE, and Does 1 to 10,<br><br>        Defendant, | Case No.: 3:25-cv-5118 MMC<br><br>**[PROPOSED] ORDER REQUIRING COUNSEL PURPORTING TO APPEAR FOR LIGHT FIELD LAB, INC. TO DEMONSTRATE AUTHORITY TO APPEAR**<br><br><br>**Complaint Filed: June 17, 2025**<br>**Am. Complaint Filed: Sept. 3, 2025**<br>**Second Am. Complaint Filed:** |

Before the Court is Plaintiff's Motion for an Order Requiring Gordon Rees Scully Mansukhani, LLP to Demonstrate Its Authority to Appear on behalf of defendant Light Field Lab, Inc. Having considered the motion, the papers and record on file in this action, and good cause appearing, the Court GRANTS the motion.

A court has power, "at any stage of the case, to require an attorney, one of its officers, to show his authority to appear." *Pueblo of Santa Rosa v. Fall*, 273 U.S. 315, 319 (1927); *accord Doraleh Container Terminal SA v. Republic of Djibouti*, 109 F.4th 608 (D.C. Cir. 2024). Where a party presents sufficient ground to question that authority, the inquiry follows and the burden of demonstrating authority rests with counsel. The public record of the State of Delaware — reflecting that Light Field Lab, Inc.'s corporate charter was forfeited effective February 12, 2026, and that its registered agent is

unassigned — together with the appearance entered in Light Field Lab, Inc.'s name after that forfeiture, presents such ground.

Accordingly, **IT IS HEREBY ORDERED** that, within fourteen (14) days of the date of this Order, Gordon Rees Scully Mansukhani, LLP shall file and serve a declaration, together with any supporting documentation, demonstrating its authority to appear on behalf of defendant Light Field Lab, Inc.

**IT IS SO ORDERED.**

Dated: _____          _____

                                        Hon. Maxine M. Chesney
                                        Senior United States District Judge