Patricia L. Peden (State Bar No. 206440)
Madeline A. Woodall (State Bar No. 351664)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-5118@cases.warrenllp.com

*Counsel for Defendants Jon Karafin and Brendan Bevensee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN JONES, | Case No. 3:25-cv-05118-MMC |
| Plaintiff, | **DECLARATION OF JON KARAFIN IN SUPPORT OF DEFENDANTS JON KARAFIN AND BRENDAN BEVENSEES' REPLY IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES** |
| v. | |
| LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10, | |
| Defendants. | |

I, Jon Karafin, declare under 28 U.S.C. § 1746:

1.    I am the former CEO and co-founder of Light Field Lab, Inc.  I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.    Attached as Exhibit A is a true and correct copy of an email from Alan Jones on April 9, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 10, 2026.

*/s/ Jon Karafin*
Jon Karafin