# EXHIBIT A

**Subject:** Wavetracing Optics Meeting
**Date:**   Sunday, April 9, 2023 at 8:34:54 PM Pacific Daylight Time
**From:**   Alan
**To:**     Jon Karafin, Brendan Bevensee, Trevor Berninger, Jeff Barnes
**CC:**     alan@jones.how

Dear all,

I am writing this email to cover matters relating to the Wavetracing Optics model work I have been undertaking. In this email, I will describe my understanding of the work, the rationale of it being assigned, the history of the work and my communications relating to the likely outcome of the work. Unfortunately, due to the way this came about, I also need to address matters relating to the conduct of CEO Jon Karafin in our 2pm Software Team Meeting on Thursday April 6 2023.

While there is a meeting scheduled for me to discuss the technical aspects of this matter set for Monday April 10 at 4pm, I both believe there is too much involved in this for that meeting's duration and I feel disinclined to attend that meeting any longer, as, while Jon was unaware of this at the time of request, I had booked time off. While initially I was fine with taking some time during my vacation time to discuss these matters, the more I've thought about the events of the aforementioned team meeting, the less I feel inclined to accommodate those requests during my time off. As such, I hope this email sufficiently addresses any questions that would have been asked of me during that meeting. If you feel it does not, please let me know and I will attend the meeting as requested.

Historically, during the time I have been remote, I have consistently ensured to prioritize the needs of Light Field Lab by working additional hours, including nights and weekends, and am very hesitant to take time off. I do this in order to best assist the company in achieving success and am especially conscientious of this as I understand that my disability of type one diabetes, which leaves me immunocompromised (so being in spaces with other people creates significant, life-threatening risk to me), has meant the working relationship is not as Light Field Lab would prefer, resulting in discomfort with the situation. I feel it too as my entire family has had to severely alter their lifestyle, educational, and relationship environments to ensure my health and safety.

The Wavetracing Optics work is based upon optical modelling Jon Karafin performed and communicated via an excel spreadsheet and presentation he supplied via PDF. The work has three primary goals.

*Accurate Ray Pivots*
The first of which is to see whether having a model which ensures light meets in a point within the lens alleviates a visual artifact for objects near the convergence plane. The polynomial model that is also supported, while based on Z-Max models of the optics which is true to the display's optical stack, may not guarantee this due to the potential for inaccuracies because of discretely sampled ray angles, many values having to be estimated from images of limited precision, and inaccuracies in the fitting of polynomial curves. The visual artifact in light fields being referenced was one Jon described as sparkling.

*Diffraction Simulation*
The second aspect desired to be tested was matching the diffraction of the optical stack during

rendering. My understanding of the goal of this was to see whether it improved image clarity.

*Beam Interference Masking*
The third aspect was to switch off beams based on whether other beams are overlapping. This also was intended to increase image clarity.

As I go into further detail on the work, I will address the comments made by Jon Karafin during the aforementioned meeting where they are relevant.

The first such comment I will address is his statement that it has been six months and I still haven't been able to generate an image. Given the time period provided of six months, he is presumably talking about the entire Wavetracing optics work, not just the beam interference masking. Regardless of whether this is the case, this comment is inaccurate, trivializes the work involved, and implies that I have been given no other tasking throughout that period. Making an image is an exceptionally simple sounding task, not at all reflective of creating light fields or interference masks. If his comment is just referring to the interference masking, the timeframe is inaccurate; if it is referring to all the Wavetracing Optics work, then it is inaccurate as images generated using the Wavetracing Optics model without diffraction have been available since early January. The ability to use this model in renderers through the inclusion of the LightFieldRayGenerator library has also been available since then.

Comments of this nature are disparaging, and, whether intentionally or not, convey contempt toward the person being implicitly referenced. These remarks are abusive, and when made publicly, such as in this circumstance where the comments were made in front of almost everyone I work with, they harm the professional reputation of the person targeted. Regardless of whether made publicly or privately, they create a hostile work environment. The word of a CEO carries extra weight within a company, magnifying the impact of such words.

Presumably, Jon was aware of this and attempted to downplay the import of such statements as he also made a statement, which I took to be referencing that comment, "That came out wrong". Such follow ups do nothing to mitigate the harm caused by such statements. Words of that nature cannot be un-said or un-heard, let alone resolved so offhandedly.

This also seems more hollow given his next comments I need to address; that he is just concerned that this work will not result in something which successfully improves image quality. Not that the outcome would by any reflection upon me (as in Alan, he used the word you), he further stated. In relation to this concern, it is one I have expressed multiple times, including explanations as to why I do not believe this work will facilitate an improvement in holographic image quality. I did so when first assigned the work; and again as I developed greater understanding of the work on multiple occasions. Even when informed of this and given explanations as to why, Jon instructed me to continue this work throughout, every time I raised these concerns and provided my reasoning. Not only did I express concern with this, but I provided a proposed solution to improve image quality, details of how the Wavetracing model he created would be useful to achieve that, and my previous work on Acuity provided evidence which supported the possibility of my proposal being successful.

Given that I was the one raising those concerns throughout, it seems strange to express that concern to me; especially doing so publicly. Furthermore, given the ideas did not originate with me, there is no logical reason to even raise the possibility that the success of these ideas would be a reflection on me.

This raises the question why even make a statement which implicitly ties the results to me, even if doing so by stating they're not related. This is even more peculiar and seems insincere in the context of having just made disparaging, contemptuous remarks towards me.

Next I will explain my reasoning for my beliefs on the likely outcomes of various aspects of the Wavetracing work. I believe anyone familiar with the relevant domains will find my position to be logical and well reasoned.

### Accurate Ray Pivots

For the accurate ray pivots aspect and attempts to resolve the sparkling Jon described, I have never stated any position on the likely outcome of this aspect of the work. It's unclear what the source of that visual artifact is, though I have been told that it still appears within the light fields that are using the Wavetracing optics model.

### Diffraction Simulation

In relation to the diffraction simulation work, I expect this will only serve to soften the light field and decreases the in-focus volume. That is both based on logic, and on prior tests which I previously communicated and restated when this work was assigned. When adding diffraction support, multiple samples are made for a ray where rather than all being along the original ray, they're within a cone surrounding that ray. This is the same technique used to provide depth of field bokeh effects for traditional cameras in ray tracing. That is, the goal is to soften the image by integrating over a larger angular area. Additionally, support for rendering around a cone for this effect was performed in earlier version of the Arnold shaders I made, during which we found it to soften the hologram and reduce the volume in focus. While these earlier tests did not use the same calculations for the size of the cone used for the sampling, samples for rays are always positively weighted, making the multiple sampling somewhat similar to applying a kernel in 2D images. Advocating that getting the correct calculations for the size of that beam would make holograms sharper is logically equivalent to trying to find a Gaussian blur radius that makes images sharper.

### Beam Interference Masking

Regarding the Beam Interference Masking work. Early on, I had not yet understood the spreadsheet math enough to understand how the algorithm works, but I expressed that, based on my understanding of light field displays, I did not see how putting holes in a light field image could improve image quality as it seemed it would just mean that there is no light in some directions where there otherwise would have been. Jon explained it to me as preventing overlap between beams from pixels caused by diffraction. Later, once I understood how the algorithm was working, I shared that I believed it would only result in holes in holograms with pieces disappearing depending upon the viewer's position. Most recently, after Jon's comment in the April 6 meeting regarding his concern the work wouldn't be successful, I stated that in my view his spreadsheet already proved that it would not be.

I explained that if you look at the convergence plane in his spreadsheet only the center pixels are illuminated. I continued that if you took a light field image of content at the convergence plane and switch off all but the center pixels, this would reduce the field of view so the viewer would only see that content within a small cone in front of the display. Jon countered that this wasn't the case due to diffraction, after that he proposed the Monday 4pm meeting. Here I'd like to address the claim that center pixels are viewable for all viewing angles supported on the display.

If diffraction were so significant the illumination of the center pixels was visible for the full field of view of the display, then the display would not be able to generate holograms (assuming that the intensity is the same for all viewing angles, if it were not consistent then you may be able to get very, very soft holograms, depending upon the particular intensity profile). The difference between a 2D display and a holographic display is the ability to project different pixel values in different directions. As such, our ability to project holographs proves that the diffraction is not of such a magnitude as to have the center pixels in a waveguide viewable for all supported viewing angles.

The case of only center pixels being illuminated is interesting as it is the only one in which the 1D model contained in the spreadsheet model that is easily transferable to a 2D light field image. I will be covering more of this shortly, but first I will explain at a high level what the model for generating that interference mask in the spreadsheet is doing.

For each pixel, it takes the ray angles from the optical model and projects it out to a plane, which is intended to represent the depth of a SolidLight object in relation to the convergence plane. This projection accounts for the full size of the pixel, can choose whether to include diffractive effects, and a factor for what amount of the total beam size to use for a check as to whether it overlaps neighboring beams. Should they overlap, then it needs to decide which to leave on. It does this by having the center pixel take precedence and be enabled, then all others base themselves on their neighbors status (that is, center is on first, then its neighbors if they overlap will be off etc).

You can think of this like its treating the display as though it's constructing SolidLight objects in space. That's because it is making those decisions based on the projection of those beams to that virtual object's depth. However, this is not what occurs with light field displays. What occurs is each pixel goes out from the display with no notion of the meaning of its value, some of those pixels will hit a viewer's eye, which then focuses them on to a location upon the viewer's retina. Depending upon the location of each viewer and their eye's optical properties, though humans are similar enough that angular visual acuity of an average person can be used, there is a set of pixels, potentially from different waveguides, which focus on the same location on the viewer's retina.

The images created through that focus are then processed by the viewer's brain, which converges them like real objects. The diffraction from the waveguides also plays into the weighting of each pixel when it reaches the viewer's retina. The location of the SolidLight object is not relevant to this. As the light which reaches the viewer is not necessarily the same light which reached the location of the SolidLight object. If you filter based on the SolidLight object's position then when those beams pass further through to the depth of the viewer, you can end up with gaps where the viewer is looking where the SolidLight object should be, but, due to overlap at the object's depth, those beams were removed and so no light reaches the viewer. Moving about then has that object appear and disappear depending upon the viewer's location.

Should one want to modulate light field content such that the diffraction events are addressed through modulation of the light field under the image, you would need to be able to create light of arbitrary precision to build beams with extremely precise spacing depending upon the content. However, the pixels on the display are too large for this and of a fixed size, so such modulation cannot be done in order to ensure that diffracted beams overlap to create even illumination at a desired depth. Even if they did, this still would not be consistent with the light which reaches the viewer. It is for these reasons that I believe the interference masking approach described in the spreadsheet can only harm holographic image quality and cannot improve it.

Additionally, I would like to spend some time making clear the magnitude of trivialization in Jon's comments. While there is a great deal of complexity in the work within his Wavetracing Optics model, it is not sufficient to identify all the issues which must be accommodated in the generation of an interference mask for light fields, let alone to provide potential solutions to address them. Below I will run through some of the aspects which this model does not address in order to demonstrate the complexity of the Wavetracing Optics work. While, as stated, I considered it unlikely this model would facilitate improved image quality, I undertook every effort thoroughly understand it and give it the best possible chance of success. My work is holistic, diligent, and detail oriented.

The model within the spreadsheet is based upon perfectly centered waveguides. Light Field Lab waveguides are not sized as integer pixel counts (I am referencing pixel sizes on the 2D display surface after going through the tapers), waveguides can be neither consistent relative to subpixel centers, nor can all be perfectly centered above pixel centers. Though the latter is implicit from the former. This impacts both the initial generation and storage.

There is no handling of the soft profile of diffraction within the model, it treats the bounds as hard edges. This makes all overlaps equivalent; while less important in a 1D setting, this becomes more important in 2D. The waveguide aperture being non-circular also means that diffraction has directionality; it's greater in one direction than another.

The difference between 1D and 2D is the root cause of many of the largest challenges in generating a beam interference mask. As mentioned earlier, the center pixel is the reference pixel for all subsequent masking states across other pixels. While in 1D, this check is easy because of only having two neighbors and the one towards the center having higher priority, in 2D there is the potential for greater than two overlaps. This then raises the issue of prioritization. This is complicated not only by the number of overlaps with no clear geometric position based answer for which should be prioritized, but the diffraction being directional also alters how great an overlap is.

The selection of prioritization impacts which pixels are included and excluded from the mask. This means the potential for success of this would be impacted by that priority choice. Therefore, I worked to come up with options which should choose the most effective pixels to keep, trying to ensure as many as possible are kept on. In order to achieve this, I chose a unique contribution based iterative process, which I described in software meetings prior to implementation; thus providing the potential for feedback should it be considered untenable. The complexity is especially important because another aspect of moving to 2D is the large increase in the number of (sub)pixels involved. Designing algorithms to operate as efficiently as possible as complexity scales to these levels is also exceptionally challenging.

A subpixel centered full waveguide includes 24,515 subpixels, which need to be projected, compared for overlap, filtered out until a quality mask is achieved. This must also be repeated for whatever precision of waveguide center position over a subpixel is desired. For example, should you want to be able to have 1/10th of a subpixel steps for the center position, you need 100 (10x10 because of each access) center positions.

This is a lot of compute, which raises the question why would I choose such an algorithm. There are two main reasons, the first being the aforementioned lack of a logically supportable geometric solution. The second being this work only needs to be done once. The result would be stored and then

used to apply the beam interference masking to light field images. Being a one time cost, choosing the option most likely to generate successful results seemed like the best choice and nobody disagreed with this approach when discussed in software meetings.

There is a lot more that's gone into this work that I can't currently recall, though this explanation of the work is already very long and I'm hoping I've already demonstrated that I have been thoughtful and comprehensive in my work.

While I appreciate sending this email to multiple people may seem hypocritical given the issues I raise regarding Jon's communication, as it contains a grievance I included the minimal people who seemed necessary; Jon Karafin (CEO), Trevor Berninger (my direct manager), Brendan Bevensee (my department's executive), Jeff Barnes (for HR, though I am not certain whether he still fulfills this role, so my apologies if that is no longer the case), and my personal email address for my records.

It is very disappointing that circumstance necessitated my defending my work, but I hope this email addresses enough of what was involved and how and why it was undertaken. I am happy to answer anyone's questions about the Wavetracing Optical model work or any other tasks I perform.

Regards,

**A L A N   J O N E S**
cell: 318 759 7497
alan@lightfieldlab.com

**Confidentiality Notice**:  This e-mail, including all attachments, is confidential information of Light Field Lab, Inc. If the reader of this e-mail is not the intended recipient or its authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.