SARA A. MOORE (SBN: 294255)
SARAH B. ABSHEAR (SBN: 270947)
NIKAYLA JOHNSON (SBN: 347157)
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
smoore@grsm.com
sabshear@grsm.com
njohnson@grsm.com

Attorneys for Defendants
LIGHT FIELD LAB, INC.

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>Defendants. | CASE NO. 3:25-cv-05118-MMC<br><br>**DECLARATION OF SARA A. MOORE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date: September 18, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7<br><br>**<u>Accompanying Papers</u>:**<br>Notice of Motion and Motion;<br>Request for Judicial Notice;<br>Proposed Order<br><br>Complaint Filed: June 17, 2025<br>Am. Complaint Filed: Sept. 3, 2025<br>Sec Am. Complaint Filed: July 6, 2026 |

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

I, SARA A. MOORE, declare:

1. I am an attorney licensed to practice before all courts of the State of California and the Northern District of California and a partner in the law firm of Gordon & Rees Scully Mansukhani LLP, attorneys for Defendant LIGHT FIELD LAB, INC. ("Defendant" or "LFL"). I have personal knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently.

2. **Exhibits 1-7** to the Request for Judicial Notice ("RJN") filed herewith are true and correct copies of court records in this matter.

3. On or about October 10, 2025, my colleague executed a "basic search" on the USPTO website. A true and correct copy of the search results, as well as a true and correct copy of the cover page of the patent retrieved by each search, is attached hereto as **Exhibit 8**. The cover pages list the applicant, assignee, and inventors. The full copies of the patents may be accessed by running a search for their number on the USPTO website, https://ppubs.uspto.gov/pubwebapp/static/pages/ppubsbasic.html.

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of August 2026, in San Francisco, California.

/s/ *Sara A. Moore*
SARA A. MOORE

# EXHIBIT 8

An official website of the United States government Here's how you know

# Patent Public Search Basic (PPUBS Basic)

## Quick lookup

Query building guidance

Patent or Publication number

For example: 0123456 or 20210123456

10488584 Search

**OR**

## Basic search

Query building guidance

Search: Everything

For:

Operator: AND

Search: Everything

For:

Reset Search

## Search results

Results for query **"(10488584).pn."**

Showing 1 to 1 of 1 records

| Result # | Document/Patent number | Display | Title | Inventor name | Publication date | Pages |
|---|---|---|---|---|---|---|
| 1 | US-10488584-B2 | Preview PDF Text | High density energy directing device | Karafin; Jonathan Sean et al. | 2019-11-26 | 34 |

Page 1 of 1

uspto UNITED STATES PATENT AND TRADEMARK OFFICE

BROWSE BY TOPIC
Patents
Trademarks
Learning & Resources
About the USPTO
Glossary
Jobs
Contact Us

ABOUT THIS SITE
Accessibility
Privacy Policy
Terms of Use
Security
Systems Status
Site Map

USPTO BACKGROUND
Federal Activity Inventory Reform Act (FAIR)
Performance and Planning
Freedom of Information Act
Information Quality Guidelines

FEDERAL GOVERNMENT
Regulations.gov
StopFakes.gov
USA.gov
Department of Commerce
Strategy Targeting Organized Piracy

US010488584B2

(12) **United States Patent**
**Karafin et al.**

(10) **Patent No.: US 10,488,584 B2**
(45) **Date of Patent: Nov. 26, 2019**

(54) **HIGH DENSITY ENERGY DIRECTING DEVICE**

(71) Applicant: **LIGHT FIELD LAB, INC.**, San Jose, CA (US)

(72) Inventors: **Jonathan Sean Karafin**, San Jose, CA (US); **Brendan Elwood Bevensee**, San Jose, CA (US)

(73) Assignee: **LIGHT FIELD LAB, INC.**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/064,204**

(22) PCT Filed: **Jul. 17, 2017**

(86) PCT No.: **PCT/US2017/042452**

§ 371 (c)(1),
(2) Date: **Jun. 20, 2018**

(87) PCT Pub. No.: **WO2018/014036**

PCT Pub. Date: **Jan. 18, 2018**

(65) **Prior Publication Data**

US 2018/0356591 A1 Dec. 13, 2018

**Related U.S. Application Data**

(60) Provisional application No. 62/362,602, filed on Jul. 15, 2016, provisional application No. 62/366,076,
(Continued)

(51) **Int. Cl.**
***G02B 3/00*** (2006.01)
***G02B 3/08*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............ ***G02B 6/08*** (2013.01); ***G02B 3/0056*** (2013.01); ***G02B 3/08*** (2013.01); ***G02B 5/32*** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .......... G02B 6/08; G02B 3/0056; G02B 3/08; G02B 5/32; G02B 6/023; G02B 6/04;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,143,234 A 3/1979 Johnson et al.
5,004,335 A 4/1991 Montes
(Continued)

FOREIGN PATENT DOCUMENTS

CN 104837003 A 8/2015
CN 205185315 U 4/2016
(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion dated Nov. 17, 2017 in International Patent Application No. PCT/US17/42452.
(Continued)

*Primary Examiner* — Nicole M Ippolito
*Assistant Examiner* — Hanway Chang
(74) *Attorney, Agent, or Firm* — Burke, Williams & Sorensen, LLP

(57) **ABSTRACT**

Disclosed embodiments include an energy directing device having one or more energy relay elements configured to direct energy from one or more energy locations through the device. In an embodiment, surfaces of the one or more energy relay elements may form a singular seamless energy surface where a separation between adjacent energy relay element surfaces is less than a minimum perceptible contour. In disclosed embodiments, energy is produced at energy
(Continued)



An official website of the United States government Here's how you know

# Patent Public Search Basic (PPUBS Basic)

## Quick lookup

Query building guidance

Patent or Publication number

For example: 0123456 or 20210123456

10565734 Search

**OR**

## Basic search

Query building guidance

Search: Everything

For:

Operator: AND

Search: Everything

For:

Reset Search

## Search results

Results for query **"(10565734).pn."**

Showing 1 to 1 of 1 records

| Result # | Document/Patent number | Display | Title | Inventor name | Publication date | Pages |
|---|---|---|---|---|---|---|
| 1 | US-10565734-B2 | Preview PDF Text | Video capture, processing, calibration, computational fiber artifact removal, and light-field pipeline | Bevensee; Brendan et al. | 2020-02-18 | 141 |

Page 1 of 1

uspto UNITED STATES PATENT AND TRADEMARK OFFICE

BROWSE BY TOPIC
Patents
Trademarks
Learning & Resources
About the USPTO
Glossary
Jobs
Contact Us

ABOUT THIS SITE
Accessibility
Privacy Policy
Terms of Use
Security
Systems Status
Site Map

USPTO BACKGROUND
Federal Activity Inventory Reform Act (FAIR)
Performance and Planning
Freedom of Information Act
Information Quality Guidelines

FEDERAL GOVERNMENT
Regulations.gov
StopFakes.gov
USA.gov
Department of Commerce
Strategy Targeting Organized Piracy

US010565734B2

(12) **United States Patent**
**Bevensee et al.**

(10) **Patent No.: US 10,565,734 B2**
(45) **Date of Patent: Feb. 18, 2020**

(54) **VIDEO CAPTURE, PROCESSING, CALIBRATION, COMPUTATIONAL FIBER ARTIFACT REMOVAL, AND LIGHT-FIELD PIPELINE**

(71) Applicant: **GOOGLE LLC**, Mountain View, CA (US)

(72) Inventors: **Brendan Bevensee**, San Jose, CA (US); **Tingfang Du**, San Jose, CA (US); **Jon Karafin**, Morgan Hill, CA (US); **Joel Merritt**, Sunnyvale, CA (US); **Duane Petrovich**, San Francisco, CA (US); **Gareth Spor**, San Francisco, CA (US)

(73) Assignee: **GOOGLE LLC**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 137 days.

(21) Appl. No.: **15/451,831**

(22) Filed: **Mar. 7, 2017**

(65) **Prior Publication Data**

US 2017/0243373 A1 Aug. 24, 2017

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 15/098,674, filed on Apr. 14, 2016, now abandoned.

(Continued)

(51) **Int. Cl.**

*G06T 7/80* (2017.01)
*H04N 5/225* (2006.01)

(Continued)

(52) **U.S. Cl.**

CPC .............. ***G06T 7/80*** (2017.01); ***G01S 7/4817*** (2013.01); ***G01S 17/023*** (2013.01); ***G01S 17/08*** (2013.01);

(Continued)

(58) **Field of Classification Search**

CPC .......... H04N 5/2258; H04N 5/23293–232939; H04N 13/239; H04N 13/243;

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 725,567 | A | 4/1903 | Ives |
| 4,383,170 | A | 5/1983 | Takagi et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101226292 | 7/2008 |
| CN | 101309359 | 11/2008 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 15/967,076, filed Apr. 30, 2018 listing Jiantao Kuang et al. as inventors, entitled “Automatic Lens Flare Detection and Correction for Light-Field Images”.

(Continued)

*Primary Examiner* — Paul M Berardesca

(57) **ABSTRACT**

An image capture system includes a plurality of image sensors arranged in a pattern such that gaps exist between adjacent image sensors of the plurality of image sensors. Each of the image sensors may be configured to capture sensor image data. The image capture system may also have a main lens configured to direct incoming light along an optical path, a microlens array positioned within the optical path, and a plurality of tapered fiber optic bundles. Each tapered fiber optic bundle may have a leading end positioned within the optical path, and a trailing end positioned proximate one of the image sensors. The leading end may have a larger cross-sectional area than the trailing end. Sensor data from the image sensors may be combined to generate a single light-field image that is substantially unaffected by the gaps.

**43 Claims, 98 Drawing Sheets**

