SARA A. MOORE (SBN: 294255)
SARAH B. ABSHEAR (SBN: 270947)
NIKAYLA JOHNSON (SBN: 347157)
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
smoore@grsm.com
sabshear@grsm.com
njohnson@grsm.com

Attorneys for Defendants
LIGHT FIELD LAB, INC.

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>Defendants. | CASE NO. 3:25-cv-05118-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date: September 18, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7<br><br>**<u>Accompanying Papers</u>:**<br>Notice of Motion and Motion;<br>Declaration of Sara A. Moore<br>Request for Judicial Notice;<br><br>Complaint Filed: June 17, 2025<br>Am. Complaint Filed: Sept. 3, 2025<br>Sec Am. Complaint Filed: July 6, 2026 |

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**[PROPOSED] ORDER**

Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted came on regularly for hearing on September 18, 2026 at 9:00 a.m. in Courtroom 7 of the above-entitled Court. Having considered the moving, opposition and reply papers, and argument of the parties and counsel at the hearing, and good cause appearing, the Court hereby issues the following ruling:

Plaintiff's Third, Fourth, Fifth, and Seventh Causes of Action are preempted by the Patent Act and Plaintiff lacks standing to sue because he assigned his rights to Defendant in that respect.

Plaintiff's Second Amended Complaint fails to meet the standards under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, Federal Rule of Civil Procedure 8(a)(2) for failure to plead facts showing that the pleader is entitled to relief, and Federal Rule of Civil Procedure 9(b) for failure to plead with particularity special matters, *e.g.*, fraud and RICO claims. Dismissal pursuant to Rule 12(b)(6) is proper here due to an "absence of sufficient facts alleged under a cognizable legal theory." *Balistreri v. Pacifica Police Dept.*, 901 F.2d 696, 699 (9th Cir. 1999).

The Court GRANTS Defendant's Request for Judicial Notice.

Defendant's Motion to Dismiss Plaintiff's Complaint is GRANTED and leave to amend is DENIED.

**IT IS SO ORDERED.**

Dated:

___________________________________
UNITED STATES DISTRICT JUDGE