United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN JONES,
Plaintiff,
v.
LIGHT FIELD LAB INC., et al.,
Defendants.

Case No. 25-cv-05118-MMC

**ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS; PLAINTIFF'S MOTION FOR ORDER REQUIRING COUNSEL TO DEMONSTRATE AUTHORITY TO APPEAR**

Before the Court are three motions: (1) defendants Jon Karafin and Brendan Bevensees' "Motion to Dismiss Plaintiff's Second Amended Complaint," filed July 20, 2026, and currently scheduled for hearing on August 28, 2026; (2) defendant Light Field Lab's "Motion to Dismiss Plaintiff's Second Amended Complaint," filed August 14, 2026, and currently scheduled for hearing on September 18, 2026; and (3) plaintiff Alan Jones' "Motion for an Order Requiring Counsel Purporting to Appear for Light Field Lab, Inc. to Demonstrate Authority to Appear," filed August 4, 2026, and currently scheduled for hearing on September 11, 2026.

Given the substantially overlapping subject matter of said motions, the hearings thereon are hereby CONTINUED to the same date, which, in light of the Court's calendar, is October 16, 2026.

**IT IS SO ORDERED.**

Dated: August 20, 2026

MAXINE M. CHESNEY
United States District Judge