**STEPHEN F. HENRY, ESQ.**
**HENRY | LACEY PC**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN JONES,

Plaintiff,

vs.

LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,

Defendant,

Case No.: 3:25-cv-05118-MMC

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR AN ORDER REQUIRING COUNSEL FOR LIGHT FIELD LAB, INC. TO DEMONSTRATE AUTHORITY TO APPEAR**

**Complaint Filed: June 17, 2025**
**Am. Complaint Filed: Sept. 3, 2025**
**Second Am. Complaint Filed:**

Under Rule 201 of the Federal Rules of Evidence, Plaintiff respectfully requests that the Court take judicial notice of the matters and documents listed below.

Courts may take judicial notice of facts that are “not subject to reasonable dispute,” such as those that “can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.” Fed. R. Evid. 201(b)(2). The Court may do so “at any stage of the proceeding.” Fed. R. Evid. 201(d). The Court “may take judicial notice on its own,” and “must take judicial notice if a party requests it and the court is supplied with the necessary information.” Fed. R. Evid. 201(c). The Court may also take judicial notice of “[p]ublic records and government documents available from reliable sources on the Internet,” such as websites run by governmental agencies. See, e.g., *Hansen Beverage*

*Co. v. Innovation Ventures, LLC*, 2009 WL 6597891 (S.D. Cal. 2009); *Threshold Enterprises Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139 (N.D. Cal. 2020) (citing *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741 (9th Cir. 2006)); see also *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012).

Plaintiff respectfully requests that the Court take judicial notice of the following:

**1. Delaware Division of Corporations Entity Status Record for Light Field Lab, Inc. (File Number 6225868)**

This document is a public record of the Delaware Division of Corporations, a government agency, ordered by Plaintiff from the official website at https://icis.corp.delaware.gov/ and sent to him by that agency by email on August 2, 2026. Declaration of Alan Jones ("Jones Decl.") ¶¶ 2–3. It bears the notation "Date Retrieved: 8/2/2026 12:56:03PM" and reflects the corporate status of Defendant Light Field Lab, Inc., including:

1. Entity status: "Forfeited, Failure to appoint a R/A"
2. Status effective date: February 12, 2026
3. Residency: "Domestic"; State: "DELAWARE"; Incorporation Date: 11/22/2016
4. Registered agent: "DELAWARE SECRETARY OF STATE," 401 Federal Street Suite 4, Dover, DE 19901
5. Tax due: $274,330.40; Last Annual Report Filed: 2024
6. Filing history, including agent resignation on January 13, 2026

A true and correct copy is attached hereto as Exhibit A.

**2. Certificates of the Secretary of State of the State of Delaware (File Number 6225868)**

These documents are certificates of the Secretary of State of the State of Delaware, each dated August 19, 2026, each bearing the seal of the State of Delaware and the signature of Charuni Patibanda-Sanchez, Secretary of State, and each obtained by Plaintiff on August 19, 2026. Jones Decl. ¶¶ 4–6.

Exhibit B-1, Authentication 204873861, SR# 20264122270, certifies:

1. That "THE CERTIFICATE OF INCORPORATION OF 'LIGHT FIELD LAB, INC.', WAS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-SECOND DAY OF NOVEMBER, A.D. 2016." RJN Ex. B-1 at p. 1

2. That "THE AFORESAID CORPORATION IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME FORFEITED THE TWELFTH DAY OF FEBRUARY, A.D. 2026, FOR FAILURE TO OBTAIN AND DESIGNATE A REGISTERED AGENT." *Id.* at p. 1.

Exhibit B-2, Authentication 204871442, SR# 20264119530, lists every document Light Field Lab, Inc. has filed — the Certificate of Incorporation of November 22, 2016; Restated Certificates of November 13, 2017, May 24, 2019, June 27, 2019 and July 8, 2022; a Certificate of Amendment of March 19, 2025; and a "CERTIFICATE OF RESIGNATION OF REGISTERED AGENT WITHOUT APPOINTMENT, FILED THE THIRTEENTH DAY OF JANUARY, A.D. 2026" RJN Ex. B-2 at p. 1. It further certifies:

1. That "THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION" *Id.* at p. 2
2. That "THE ANNUAL REPORTS HAVE BEEN FILED TO DATE." *Id.* at p. 2
3. That "THE SAID 'LIGHT FIELD LAB, INC.' WAS INCORPORATED ON THE TWENTY-SECOND DAY OF NOVEMBER, A.D. 2016." *Id.* at p. 2.

Each page of each certificate bears at its foot the file number, an authentication number, a service request number, its date, and the statement: "You may verify this certificate online at corp.delaware.gov/authver.shtml." Jones Decl. ¶ 6.

Each certificate is a domestic public document that is sealed and signed: it bears "a seal purporting to be that of … any state" and "a signature purporting to be an execution or attestation." Fed. R. Evid. 902(1)(A)–(B). Each is therefore self-authenticating and "require[s] no extrinsic evidence of authenticity in order to be admitted." *Id.* 902.

True and correct copies are attached hereto as Exhibit B.

For all the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of the documents listed above.

Dated: August 25, 2026

HENRY | LACEY PC

By /s/ Stephen Henry______________
STEPHEN F. HENRY
Attorney for Plaintiff

# EXHIBIT A

# *State Of Delaware*

**THIS IS NOT AN OFFICIAL CERTIFICATE OF STATUS**

Date Retrieved: 8/2/2026 12:56:03PM

File Number: 6225868
Incorporation Date / Formation Date: 11/22/2016
Entity Name: LIGHT FIELD LAB, INC.
Entity Kind: Corporation
Entity Type: General
Residency: Domestic
State: DELAWARE
Status: Forfeited, Failure to appoint a R/A
Status as of: 2/12/2026

**Registered Agent Information**

Name: DELAWARE SECRETARY OF STATE
Address: 401 FEDERAL STREET SUITE 4
City: DOVER
Country:
State: DE
Postal Code: 19901
Phone:

**Tax Information**

Last AnnualReport Filed: 2024
Tax Due: $ 274330.40
Annual Tax Assessment: $200000
Total Authorized Shares: 86630731

THIS IS NOT AN OFFICIAL CERTIFICATE OF STATUS

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Agent Resignation w/o Apt<BR>9220915 - CAPITOL SERVICES, INC. | 1 | 20260113 | 103100 | 20260113 |
| 2 | Amendment Stock | 2 | 20250319 | 133700 | 20250319 |
| 3 | Restated Stock | 18 | 20220708 | 171200 | 20220708 |
| 4 | Blnkt Address - Corp | 1 | 20210827 | 092800 | 20210828 |
| 5 | Restated Stock | 21 | 20190627 | 113900 | 20190627 |

**THIS IS NOT AN OFFICIAL CERTIFICATE OF STATUS**

# EXHIBIT B

# Delaware

The First State



*I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF INCORPORATION OF "LIGHT FIELD LAB, INC.", WAS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-SECOND DAY OF NOVEMBER, A.D. 2016.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME FORFEITED THE TWELFTH DAY OF FEBRUARY, A.D. 2026, FOR FAILURE TO OBTAIN AND DESIGNATE A REGISTERED AGENT.*

C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

SECRETARY'S OFFICE 1793 DELAWARE 1855

6225868 8415
SR# 20264122270

Authentication: 204873861
Date: 08-19-26

# Delaware

The First State



*I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT "LIGHT FIELD LAB, INC." HAS FILED THE FOLLOWING DOCUMENTS:*

*CERTIFICATE OF INCORPORATION, FILED THE TWENTY-SECOND DAY OF NOVEMBER, A.D. 2016, AT 10:12 O`CLOCK A.M.*

*RESTATED CERTIFICATE, FILED THE THIRTEENTH DAY OF NOVEMBER, A.D. 2017, AT 2:39 O`CLOCK P.M.*

*RESTATED CERTIFICATE, FILED THE TWENTY-FOURTH DAY OF MAY, A.D. 2019, AT 11:18 O`CLOCK A.M.*

*RESTATED CERTIFICATE, FILED THE TWENTY-SEVENTH DAY OF JUNE, A.D. 2019, AT 11:39 O`CLOCK A.M.*

*RESTATED CERTIFICATE, FILED THE EIGHTH DAY OF JULY, A.D. 2022, AT 5:12 O`CLOCK P.M.*

*CERTIFICATE OF AMENDMENT, FILED THE NINETEENTH DAY OF MARCH, A.D. 2025, AT 1:37 O`CLOCK P.M.*

*CERTIFICATE OF RESIGNATION OF REGISTERED AGENT WITHOUT APPOINTMENT, FILED THE THIRTEENTH DAY OF JANUARY, A.D. 2026, AT 10:31 O`CLOCK A.M.*




C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

6225868 8340

SR# 20264119530

Authentication: 204871442

Date: 08-19-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware

The First State



*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "LIGHT FIELD LAB, INC.".*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "LIGHT FIELD LAB, INC." WAS INCORPORATED ON THE TWENTY-SECOND DAY OF NOVEMBER, A.D. 2016.*

Charuni Patibanda-Sanchez, Secretary of State

6225868 8340

Authentication: 204871442

SR# 20264119530

Date: 08-19-26

You may verify this certificate online at corp.delaware.gov/authver.shtml