**STEPHEN F. HENRY, ESQ.**
**HENRY | LACEY PC**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN JONES,

Plaintiff,

vs.

LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,

Defendant,

Case No.: 3:25-cv-05118-MMC

**DECLARATION OF ALAN JONES IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND REPLY IN SUPPORT OF MOTION FOR AN ORDER REQUIRING COUNSEL FOR LIGHT FIELD LAB, INC. TO DEMONSTRATE AUTHORITY TO APPEAR**

**Complaint Filed: June 17, 2025**
**Am. Complaint Filed: Sept. 3, 2025**
**Second Am. Complaint Filed:**

I, Alan Jones, declare:

1. I am the plaintiff in this action. I make this declaration in support of Plaintiff's Request for Judicial Notice and Plaintiff's Reply in support of his motion for an order requiring counsel for Light Field Lab, Inc. to demonstrate authority to appear. The facts stated here are within my own personal knowledge and, if called as a witness, I could and would testify competently to them.
2. On August 2, 2026, I placed an order on the official website of the Delaware Division of Corporations at https://icis.corp.delaware.gov/ for the entity record for Light Field Lab, Inc., File Number 6225868, and paid the Division's fee for the record that includes status, tax and filing-

history information. I received the record by email that same day.

3. Attached as Exhibit A to the accompanying Request for Judicial Notice is a true and correct copy of the record I received. I have not altered it in any way.

4. Having requested records from Delaware Business Incorporators, https://www.delawarebusinessincorporators.com, on August 19, 2026 I received two certificates of the Secretary of State of the State of Delaware concerning Light Field Lab, Inc., each dated August 19, 2026: a certificate of entity status, bearing Authentication 204873861, and a long form certificate of status, bearing Authentication 204871442.

5. Attached as Exhibit B to the accompanying Request for Judicial Notice are true and correct copies of those two certificates. I have not altered them in any way.

6. Each page of each certificate bears at its foot the file number, an authentication number, a service request number, its date, and the statement: "You may verify this certificate online at corp.delaware.gov/authver.shtml."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2026, at Duvall, Washington.



Alan Jones