Henry Lacey
2625 Alcatraz Ave
Berkeley CA 94705

Courtesy Co
U. S. District
450 Golden
Room 16
San Francisc
941

Retail

UNITED STATES POSTAL SERVICE

94102

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
LA JOLLA, CA 92037
OCT 09, 2026

$2.56

S2324N506749-11

oy
Court
Gate Ave
1120
o, CA
2-3489

RECEIVED

OCT 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA