**STEPHEN F. HENRY, ESQ.**
**HENRY | LACEY PC**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>Plaintiff,<br><br>vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>Defendants, | Case No.: 3:25-cv-05118-MMC<br><br>**DECLARATION OF STEPHEN F. HENRY IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY**<br><br>**Complaint Filed: June 17, 2025**<br>**Am. Complaint Filed: Sept. 3, 2025**<br>**Second Am. Complaint Filed: July 6, 2026** |

I, Stephen F. Henry, declare:

1. I am an attorney with Henry | Lacey PC and counsel of record for Plaintiff Alan Jones in this action. The facts stated in this declaration are within my personal knowledge, and if called as a witness I could and would testify competently to them.
2. The charter of Light Field Lab, Inc. was forfeited on February 12, 2026, and the Court has taken judicial notice of the Secretary of State's certificate (Dkt. 85 at 2 n.1). No person with power to act for Light Field Lab, Inc. after February 12, 2026 has been identified to me or shown to the Court.
3. I did not ask the attorneys who have filed papers in the name of Light Field Lab, Inc. to stipulate to the relief sought in Plaintiff's administrative motion for leave to file a reply to Dkt. 92,

because a request to them would have treated them as able to bind it. No stipulation to that relief has been obtained.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2026, at Berkeley, California.

______________________________

Stephen F. Henry