**STEPHEN F. HENRY, ESQ.**
**HENRY | LACEY PC**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>Plaintiff,<br><br>vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>Defendants, | Case No.: 3:25-cv-05118-MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY TO DKT. 92**<br><br>**Complaint Filed: June 17, 2025**<br>**Am. Complaint Filed: Sept. 3, 2025**<br>**Second Am. Complaint Filed: July 6, 2026** |

The Court, having read and considered Plaintiff Alan Jones's Administrative Motion for Leave to File a Reply to Dkt. 92, the papers filed in support thereof and in response thereto, if any, and the Declaration of Stephen F. Henry, rules as follows.

The Order to Show Cause directed Plaintiff to show cause in writing (Dkt. 85 at 3:2-3) and provided that "LFL, no later than October 20, 2026, may file a responsive brief not to exceed 5 pages in length." *Id.* at 3:5-6. It provided for no further filing. Where the Court itself sets briefing in that sequence, the party with the showing files a reply to the responsive brief. *In re Hard Drive Suspension Assemblies Antitrust Litig.*, No. 19-md-02918-MMC, Dkt. 827, slip op. at 3 (N.D. Cal. Jan. 6, 2023). The Order places the showing on Plaintiff and provides him no reply. *See Moore v. Mars Petcare US, Inc.*, No. 3:16-cv-07001-MMC, Dkt. 404, slip op. at 1 (N.D. Cal. Feb. 21, 2024). In the response filed in

LFL's name (Dkt. 92), counsel answered Plaintiff's waiver argument with matter to which Plaintiff has had no opportunity to respond, including its statement that the capacity question arose "particularly in light of the additional evidence concerning its franchise-tax obligations," Dkt. 92 at 6:1-2, and it stated that LFL does not concede Plaintiff's interpretation of the records the Court noticed (*id.* at 3:8-9). It also offered, for the first time, the prospect of recovery as a reason to dismiss (*id.* at 2:16-17). To afford Plaintiff an opportunity to respond to that matter, the Court finds it appropriate to afford leave to file a reply. *Glass Egg Digit. Media v. Gameloft, Inc.*, No. 17-cv-04165-MMC, Dkt. 298, slip op. at 2 (N.D. Cal. Apr. 1, 2022). Such leave is appropriate where the matter may be important to the resolution of a dispositive request. *Amaranto Gonzalez v. Dir. of U.S. Citizenship & Immigration Servs.*, No. 24-cv-07948-MMC, Dkt. 35, slip op. at 2 (N.D. Cal. Apr. 3, 2025). The Court finds good cause for that leave. *Sanchez v. Cap. Contractors Inc.*, No. C-14-2622 MMC, Dkt. 47 (N.D. Cal. Aug. 18, 2014).

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Administrative Motion for Leave to File a Reply to Dkt. 92 is GRANTED.
2. The reply attached as Exhibit A to the motion is deemed filed as of the date of this order. It is limited to a response to (a) Dkt. 92 § II.C, from its heading (Dkt. 92 at 5:13-14) through its last sentence (*id.* at 6:13-14); (b) Dkt. 92's statement that LFL does not concede Plaintiff's interpretation of the noticed records (*id.* at 3:8-9), and the statements it leaves unqualified that LFL's charter remains void and that Section 510 renders its powers inoperative (*id.* at 2:18-19, 4:5-6); (c) its treatment of Plaintiff's authorities as older authorities (*id.* at 4:8, 5:1-2); (d) its statement that "LFL's appearance through counsel does not restore those powers" (*id.* at 2:13-14); (e) its treatment of recovery as a reason to dismiss (*id.* at 2:16-19, 5:9-10); and (f) its request for dismissal with prejudice (*id.* at 2:22-23, 7:1-2).
3. The Court DEFERS ruling on the Order to Show Cause until it has considered the reply.
4. By affording such leave, the Court makes no finding as to the matters addressed in the reply (*Glass Egg*, No. 17-cv-04165-MMC, Dkt. 298, slip op. at 2 n.1).
5. This order is without prejudice to any motion directed to Dkt. 92.

**IT IS FURTHER ORDERED** that Plaintiff is granted any and all other relief the Court deems just and proper.

**IT IS SO ORDERED.**

Dated: ________________

______________________________
MAXINE M. CHESNEY
United States District Judge