**STEPHEN F. HENRY, ESQ.**
**HENRY | LACEY PC**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@HenryLacey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JONES,<br><br>Plaintiff,<br><br>vs.<br><br>LIGHT FIELD LAB, INC., JON KARAFIN, BRENDAN BEVENSEE, and Does 1 to 10,<br><br>Defendants, | Case No.: 3:25-cv-05118-MMC<br><br>**DECLARATION OF STEPHEN F. HENRY IN SUPPORT OF MOTION TO STRIKE AND FOR ENTRY OF DEFAULT**<br><br>**Date: December 18, 2026**<br>**Time: 9:00 a.m.**<br>**Courtroom: 7**<br><br>**Complaint Filed: June 17, 2025**<br>**Am. Complaint Filed: Sept. 3, 2025**<br>**Second Am. Complaint Filed: July 6, 2026** |

I, Stephen F. Henry, declare:

1. I am an attorney with Henry | Lacey PC and counsel of record for Plaintiff Alan Jones in this action. The facts stated in this declaration are within my personal knowledge, and if called as a witness I could and would testify competently to them.
2. The charter of Light Field Lab, Inc. was forfeited on February 12, 2026, for failure to obtain and designate a registered agent, and the Court has taken judicial notice of the Secretary of State's certificate (Dkt. 85 at 2 n.1). Since that date the following papers have been filed in its name: a notice of appearance (Dkt. 54, March 13, 2026); a certification of interested entities, a Rule 7.1 disclosure statement and an opposition to Plaintiff's motion to compel disclosure of interested parties (Dkts. 59-61, March 25, 2026); a motion to dismiss the Second Amended Complaint,

with a declaration, a request for judicial notice and a proposed order (Dkts. 77, 77-1 to 77-3, August 14, 2026); an opposition to Plaintiff's motion for an order requiring counsel to demonstrate their authority to appear (Dkt. 80, August 18, 2026); a reply in support of the motion to dismiss (Dkt. 84, September 4, 2026); a response to the Order to Show Cause (Dkt. 92, October 20, 2026); and an opposition to Plaintiff's motion for certification of questions of law to the Supreme Court of the State of Delaware (Dkt. 93, October 22, 2026). No person with power to act for Light Field Lab, Inc. after February 12, 2026 has been identified to me, or shown to the Court, as having authorized any of them.

3. Plaintiff filed the Second Amended Complaint on July 6, 2026 (Dkt. 68). No answer to it has been filed in the name of Light Field Lab, Inc. The only paper responding to it filed in that name is the motion to dismiss of August 14, 2026 (Dkt. 77). On October 9, 2026, the Court vacated the hearing on the motions to dismiss (Dkts. 69, 77) then set for October 16, 2026 (Dkt. 88).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2026, at Berkeley, California.

Stephen Henry

Stephen F. Henry